UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 17 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, As Subrogee of LOWE-NORTH CONSTRUCTION, <br>    Plaintiff, <br><br>vs. <br><br>MOBILE CRANE SERVICE, INC.*, JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC. and DAVE BRUGGEMAN, Individually and d/b/a CASCADE SUMMIT ELECTRIC <br>    Defendants/Third Party Plaintiff*, <br><br>vs. <br><br>RS INFORMATION SYSTEMS, INC. and CASCADE SUMMIT ELECTRIC, <br>    Third Party Defendant, <br><br>vs. <br><br>UNITED STATES OF AMERICA and THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, <br>    Interested Parties. | CIVIL ACTION NO. B-04-091 |

## UNITED STATES OF AMERICA'S
## CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, on behalf of the federal third party defendants/interested parties, submit the following names of individuals and entities that may be financially interested in the outcome of this action:

1. Zurich American Insurance Company;
2. Lowe-North Construction;
3. Mobile Crane Service, Inc.;
4. Jesus Francisco Avalos;

5.   RS Information Systems, Inc;
6.   Dave Bruggeman d/b/a/ Cascade Summit Electric;
7.   United States of America;
8.   United States Department of Commerce; and
9.   National Oceanic and Atmospheric Administration.

                                        Respectfully submitted,

                                        MICHAEL T. SHELBY
                                        UNITED STATES ATTORNEY

                                        NANCY L. MASSO
                                        Assistant United States Attorney
                                        600 E. Harrison St. #201
                                        Brownsville, Texas 78520
                                        (956) 548-2554/FAX (956) 548-2549
                                        State Bar No. 00800490
                                        Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing copy of the "United States of America's Certificate of Interested Parties" was mailed via certified mail-return receipt requested on this the 17th day of June, 2004 to the following:

Melissa Nance Murrah
KELLY, SMITH & MURRAH
Attorney at Law
4305 Yoakum Blvd.
Houston, Texas 77006
(Counsel for Zurich American Company)

John Skaggs
Lynse S. Larance
SKAGGS and GONZALES, L.L.P.
Attorneys at Law
710 Laurel
McAllen, Texas 78502-2285
(Counsel for Defendant/Third Party Plaintiff Mobile Crane Service, Inc.)

Jody Ray Mask
THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.
418 East Dove Avenue
McAllen, Texas 78504
(Counsel for RS Information Systems)

Will W. Pierson
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, Texas 78476
(Counsel for Dave Bruggeman, Individually and d/b/a Cascade Summit Electric)

NANCY L. MASSO
Assistant United States Attorney