IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION<br>Plaintiffs, | § § § § § | |
| vs. | § § | C.A. NO. B-04-091 |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC. and DAVE BRUGGEMAN, INDIVIDUALLY and d/b/a CASCADE SUMMIT ELECTRIC<br>Defendants. | § § § § § § | |

## DEFENDANT DAVE BRUGGEMAN d/b/a CASCADE SUMMIT ELECTRIC'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, Dave Bruggeman d/b/a Cascade Summit Electric, and states that the following entities are or may be financially interested in the outcome of this action:

1. Zurich American Insurance Company;

2. Lowe-North Construction;

3. Mobile Crane Service, Inc.;

4. Jesus Francisco Avalos ;

5. RS Information Systems, Inc.;

6. Dave Bruggeman d/b/a Cascade Summit Electric;

7. United States of America;

8. Department of Commerce;

9. National Oceanic and Atmospheric Administration

51739:1109321.1:061504

Respectfully submitted,

*[signature]*

Will W. Pierson
Federal I.D. No. 1931
State Bar No. 16003100
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, Texas 78476
(361) 884-8808 Telephone
(361) 884-7261 Facsimile
ATTORNEY FOR DEFENDANTS/ THIRD PARTY
DEFENDANTS

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon all counsel of record by the method indicated below on this the 15th day of June, 2004.

**VIA FACSIMILE (713) 861-7100**
Melissa Nance Murrah
Steve Ryan
Kelly, Smith & Murrah, P.C.
4305 Yoakum Boulevard
Houston, Texas 77006

**VIA FACSIMILE (956) 630-6570**
Lynse S. Larance
Skaggs & Gonzales, L.L.P.
710 Laurel Ave.
McAllen, Texas 78501

**VIA FACSIMILE (956) 548-2549**
Nancy L. Masso
Assistant United States Attorney
600 E. Harrison Street, Suite 201
Brownsville, Texas 78520

**VIA FACSIMILE (956) 630-0189**
Jody Ray Mask
Thornton, Summers, Biechlin, Dunham & Brown, L.C.
418 East Dove Avenue
McAllen, Texas 78504

Of Royston, Rayzor, Vickery & Williams, L.L.P.