United States District Court
Southern District of Texas
FILED

JUN 2 3 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION | § § § § | |
| V. | § § | |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC., AND DAVE BRUGGEMAN, INDIVIDUALLY and d/b/a CASCADE SUMMIT ELECTRIC | § § § § § § § | C.A. NO. B-04-091 |
| V. | § § | |
| UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION | § § § § § § | |

DEFENDANT MOBILE CRANE SERVICES, INC.'S
CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendant Mobile Crane Service, Inc. and pursuant to the Order for Conference and Disclosure of Interested Parties responds as follows:

I.

The undersigned counsel certifies that the following persons, association of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities are financially interested in the outcome of this litigation:

1

Plaintiff: Zurich American Insurance Company, as Subrogee of Lowe-North Construction

c/o: Melissa Murrah
4305 Yoakum Blvd.
Houston, TX 77006
Telephone (713) 861-9900
Facsimile (713) 861-7100

Defendant: Mobile Crane Services, Inc.

c/o: Lynse Larance
710 Laurel
McAllen, TX 78501
Telephone (956) 687-8203
Facsimile (956) 630-6570

RS Information Systems, Inc.

c/o: Jody Ray Mask
418 East Dove Avenue
McAllen, TX 78504
Telephone (956) 630-3080
Facsimile (956) 630-0189

Dave Bruggeman d/b/a Cascade Summit Electric

c/o: Will W. Pierson
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, TX 78476
Telephone: (361) 884-8808
Facsimile (361) 884-7261

Interested Party:

United States of America

c/o:Nancy L. Masso
Assistant United States Attorney
600 E. Harrison St., Suite 201
Brownsville, TX 78520
Facsimile (956) 548-2549

Department of Commerce

c/o: Nancy L. Masso
Assistant United States Attorney
600 E. Harrison St., Suite 201
Brownsville, TX 78520
Facsimile (956) 548-2549

Other Interested Entities:

Jesus Francisco Avalos, an unserved defendant

National Oceanic and Atmospheric Administration, an unserved interested party

                                        Respectively submitted,

By: _____
      LYNSE S. LARANCE
      Federal Bar No: 31319
      Texas State Bar No.:24032533
      710 Laurel
      McAllen, TX 78501
      Telephone: (956) 687-8203
      Facsimile: (956) 630-6570
      ATTORNEY FOR DEFENDANT/
      THIRD PARTY PLAINTIFF
      MOBILE CRANE SERVICES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been duly served upon all counsel of record, by Certified Mail, Return Receipt Requested and/or facsimile transmittal and/or hand delivery delivered or mailed to the following attorneys of record, or parties on this the 21st day of June, 2004:

Melissa Nance Murrah
Kelly, Smith & Murrah, P.C.
4305 Yoakum Blvd.
Houston, TX 77006
Facsimile (713) 861-7100

Nancy L. Masso
Assistant United States Attorney
600 E. Harrison St., Suite 201
Brownsville, TX 78520
Facsimile (956) 548-2549

Will W. Pierson
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, TX 78476
Facsimile (361) 884-7261

Jody Ray Mask
418 East Dove Avenue
McAllen, TX 78504
Facsimile (956) 630-0189

Lynse S. Larance