

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, As Subrogee of LOWE-NORTH CONSTRUCTION<br>　　Plaintiff, | § § § § § | |
| vs. | § § | C.A. NO. B-04-091 |
| MOBILE CRANE SERVICE, INC.,*<br>JESUS FRANCISCO AVALOS,<br>RS INFORMATION SYSTEMS, INC.,<br>AND DAVE BRUGGEMANN,<br>INDIVIDUALLY AND d/b/a CASCADE SUMMIT ELECTRIC<br>　　Defendants/Third Party Plaintiff*, | § § § § § § § § | |
| vs. | § § | |
| RS INFORMATION SYSTEMS, INC.<br>and CASCADE SUMMIT ELECTRIC,<br>　　Third Party Defendants, | § § § § | |
| vs. | § § | |
| UNITED STATES OF AMERICA and THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION,<br>　　Interested Parties. | § § § § § | |

### DEFENDANT/THIRD-PARTY DEFENDANT RS INFORMATION SYSTEMS, INC.'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

　　NOW COMES RS INFORMATION SYSTEMS, INC., Defendant/Third-Party

Defendant in the above-numbered and entitled cause and states that the following

entities and/or individuals are or may be financially interested in the outcome of this action:

1. Zurich American Insurance Company;

2. Jesus Francisco Avalos;

3. RS Information Systems;

4. Lowe-North Construction;

5. Mobile Crane Service, Inc.;

6. Dave Bruggeman d/b/a Cascade Summit Electric;

7. United States of America;

8. Department of Commerce;

9. National Oceanic and Atmospheric Administration.

Respectfully submitted,

THORNTON, SUMMERS, BIECHLIN,
DUNHAM & BROWN, L.C.
418 East Dove Avenue
McAllen, Texas 78504
(956) 630-3080 Telephone
(956) 630-0189 Facsimile

BY: _____
Jody Ray Mask
State Bar No. 24010214
Federal ID No. 23909

ATTORNEYS FOR DEFENDANT/THIRD-
PARTY DEFENDANT RS INFORMATION
SYSTEMS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on the following parties, pursuant to the Federal Rules of Civil Procedure, on this 21st day of June, 2004, as follows:

**VIA FACSIMILE (713) 861-7100 & FIRST CLASS MAIL**
Ken Irwin
KELLY, SMITH & MURRAH, P.C.
4305 Yoakum Blvd.
Houston, TX 77006
**Attorney for Zurich American Company**

**VIA FACSIMILE (956) 630-6570 & FIRST CLASS MAIL**
Lynse S. Larance
SKAGGS & GONZALES, L.L.P.
710 Laurel
McAllen, TX 78501
**Counsel for Defendant/Third Party Plaintiff Mobile Crane Services, Inc.**

**VIA FACSIMILE (956) 548-2549 & FIRST CLASS MAIL**
Nancy L. Masso
Assistant United States Attorney
600 E. Harrison Street, Ste. 201
Brownsville, Texas 78520
**Counsel for United States, et al**

**VIA FACSIMILE (361) 884-7261 & FIRST CLASS MAIL**
Will W. Pierson
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, Texas 78476
**Counsel for Dave Bruggeman, Individually and d/b/a Cascade Summit Electric**

Jody R. Mask