

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 7 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, As Subrogee of LOWE-NORTH CONSTRUCTION § § § § | |
| VS. § | C.A. NO. B-04-091 |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC AND DAVE BRUGGEMANN, INDIVIDUALLY, AND d/b/a CASCADE SUMMIT ELECTRIC § § § § § § | |

## ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NOTH CONSTRUCTION'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Plaintiff, ZURICH AMERICAN INSURANCE COMPANY, as Subrogee of LOWE-NORTH CONSTRUCTION ("Plaintiff"), and states that the following entities are or may be financially interested in the outcome of this action.

1. Zurich American Insurance Company;

2. Lowe-North Construction;

3. Mobile Crane Services, Inc.;

4. R.S. Information Systems, Inc.

5. Dave Bruggeman d/b/a Cascade Summit Electric;

6. United States of America;

7. U.S. Department of Commerce;

8. National Oceanic and Atmospheric Administration;

9. Jesus Francis Avalos.

Respectfully submitted,

**KELLY, SMITH & MURRAH, P.C.**

_____
Melissa Nance Murrah     by KJI
State Bar No. 00788104
Kenneth J. Irwin
State Bar No. 10426950
4305 Yoakum Blvd.
Houston, Texas  77006
Phone: (713) 861-9900
Fax:    (713) 861-7100
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on all known counsel of record on this the __13__ day of August 13, 2004, 2004, in accordance with Texas Rules of Civil Procedure.

_____
Melissa Nance Murrah     by KJI