# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF RE-SETTING

United States District Court
Southern District of Texas
FILED

AUG 2 3 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ZURICH AMERICAN | § § | |
| VS. | § § | CIVIL ACTION NO. B-04-091 |
| MOBILE CRANE SERVICE | § § | |

TYPE OF CASE:     __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE that the proceeding in this case has been re-set as indicated below:**

TYPE OF PROCEEDING:  **INITIAL PRETRIAL & SCHEDULING CONFERENCE**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

PLACE:                                                                    ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **THIRD FLOOR COURTROOM, #6**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:              RESET TO DATE AND TIME:

**August 27, 2004 @ 9:30 a.m.**                              **September 10, 2004 @ 10:30 a.m.**

MICHAEL N. MILBY, CLERK

BY: _/s/ Irma A. Soto_
Irma A. Soto, Deputy Clerk

DATE:   August 20, 2004

TO:  ALL COUNSEL OF RECORD