UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION | § § § § | |
| V. | § § | |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC., AND DAVE BRUGGEMAN, INDIVIDUALLY and d/b/a CASCADE SUMMIT ELECTRIC | § § § § § § | C.A. NO. B-04-091 |
| V. | § § | |
| UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION | § § § § § § | |

United States District Court
Southern District of Texas
FILED

AUG 2 7 2004

Michael N. Milby
Clerk of Court

---

**UNOPPOSED MOTION OF ATTORNEY PURSUANT TO LOCAL RULE 83.1 AND HONORABLE JUDGE ANDREW S. HANEN CIVIL PROCEDURE RULE 4**

---

The undersigned, John Skaggs, attorney at law licensed to practice in the state of Texas and admitted to the United States District Court Southern District of Texas hereby requests the following:

1. The undersigned requests permission to appear as attorney for defendant, Mobile Crane Services, Inc., for the hearing set on September 10, 2004 at 10:30 a.m. The undersigned submits to the jurisdiction of this court for discipline purposes and to the local rules, and certifies that the undersigned counsel will be available for the

1

hearing.

2. The undersigned attorney is a member in good standing of the State Bar of Texas and is admitted to practice before the United States District Court for the Southern District of Texas. The undersigned represents that he has not been convicted of a felony or misdemeanor involving moral turpitude nor has he been the subject of any disciplinary action by the court.

3. Good cause exists for John Skaggs to appear at this hearing for Defendant Mobile Crane Services, Inc. because their attorney in charge, Lynse Larance will be out of town on the day of the hearing on her honeymoon. Mr. Skaggs, as the senior partner who supervises Ms. Larance, is aware of the facts of this case and has authority to bind Defendant Mobile Crane Services, Inc.

WHEREFORE, PREMISES CONSIDERED, the undersigned prays that the court will grant the relief requested herein. Defendant Mobile Crane Services, Inc. also prays for general relief.

Respectfully Submitted,

John Skaggs
State Bar No. 18452500
Federal I.D. No. 1225
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8203
Fax (956) 630-6570
ATTORNEY FOR DEFENDANT
MOBILE CRANE SERVICES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been either delivered or mailed to the following attorneys of record, or parties on this the 25th day of August, 2004:

Melissa Murrah
Ken Irwin
KELLY, SMITH AND MURRAH
4305 Yoakum Blvd.
Houston, Texas 77006
(713) 861-7100 Facsimile

Nancy Lynn Masso
Office of the US Attorney
600 E. Harrison, Suite 201
Brownsville, TX 78520
(956)548-2549 Facsimile

Jody Ray Mask
THORNTON SUMMERS
418 E. Dove Ave
McAllen, TX 78504
(956)630-0189 Facsimile

Will Pierson
ROYSTON RAYZOR
606 N. Carancahua, Suite 1700
Corpus Christi, TX 78476
(361)884-7261 Facsimile

_____
John Skaggs

## CERTIFICATE OF CONFERENCE

I the undersigned acknowledge that I or Lynse Larance have consulted with the counsel and they are not opposed to the motion. Counsel were either contacted by phone or sent written correspondence asking them to contact my office if they were opposed.

_____
John Skaggs

3