UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION | § § § § | |
| V. | § § | |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC., AND DAVE BRUGGEMAN, INDIVIDUALLY and d/b/a CASCADE SUMMIT ELECTRIC | § § § § § § | C.A. NO. B-04-091 |
| V. | § § | |
| UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION | § § § § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION OF ATTORNEY PURSUANT TO LOCAL RULE 83.1 AND HONORABLE JUDGE ANDREW S. HANEN CIVIL PROCEDURE RULE 4**

On this date came on for consideration Defendants's Unopposed Motion of Attorney Pursuant to Local Rule 83.1.

Such Motion is Granted. Attorney John Skaggs is hereby given leave to appear as attorney for Defendant Mobile Crane Services, Inc.

Signed on this ___31st___ day of ___August___, 2004.

_____
JUDGE PRESIDING

5