IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 0 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION | § § § § | |
| V. | § § | |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC., AND DAVE BRUGGEMAN, INDIVIDUALLY and d/b/a CASCADE SUMMIT ELECTRIC | § § § § § § § § | C.A. NO. B-04-091 |
| V. | § § | |
| UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION | § § § § § § | |

**SECOND MOTION OF ATTORNEY PURSUANT TO LOCAL RULES 83.1 AND HONORABLE JUDGE ANDREW S. HANEN CIVIL PROCEDURE RULE 4**

The undersigned, Michele N. Gonzales, attorney at law licensed to practice in the State of Texas and admitted to practice in the United States District Court District Court of Texas hereby requests the following:

1. The undersigned requests permission to appear as attorney for defendant, Mobile Crane Services, Inc., for the hearing set on September 10, 2004 at 10:30 a.m. The undersigned submits to the jurisdiction of this court for discipline purposes and to the local rules, and certifies that the undersigned counsel will be available for the hearing.

1

2. The undersigned attorney is a member in good standing of the State Bar of Texas and is admitted to practice before the United States District Court for the Southern District of Texas. The undersigned represents that she has not been convicted of a felony or misdemeanor involving moral turpitude nor has she been the subject of any disciplinary action by the court.

3. Good causes exists for Michele N. Gonzales to appear at this hearing for Defendant Mobile Crane Services, Inc. A previous Rule 83.1 Motion had been filed for John Skaggs to appear for attorney in charge, Lynse Larance. However, due to conflicting schedules, John Skaggs cannot appear at the hearing. Furthermore, their attorney in charge, Lynse Larance will be out of town on the day of the hearing on her honeymoon. Ms. Gonzales is aware of the facts of this case and has authority to bind Defendant Mobile Crane Services, Inc.

WHEREFORE, PREMISES CONSIDERED, the undersigned prays that the court will grant the relief requested herein. Defendant Mobile Crane Services, Inc. also prays for general relief.

Respectfully submitted,

Michele N. Gonzales
Texas State Bar No.: 24012710
Federal Bar No: 25177
P.O. Drawer 2285
710 Laurel
McAllen, TX 78502-2285
Telephone: (956) 687-8203
Facsimile: (956) 630-6570
ATTORNEY FOR DEFENDANT
MOBILE CRANE SERVICES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been duly served upon all counsel of record, by Certified Mail, Return Receipt Requested and/or facsimile transmittal and/or hand delivery delivered or mailed to the following attorneys of record, or parties on this the 8 day of September, 2004:

Melissa Nance Murrah
Kelly, Smith & Murrah, P.C.
4305 Yoakum Blvd.
Houston, TX 77006
Facsimile (713) 861-7100

Nancy L. Masso
Assistant United States Attorney
600 E. Harrison St., Suite 201
Brownsville, TX 78520
Facsimile (956) 548-2549

Will W. Pierson
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, TX 78476
Facsimile (361) 884-7261

Jody Ray Mask
418 East Dove Avenue
McAllen, TX 78504
Facsimile (956) 630-0189

_Michele N. Gonzales_
Michele N. Gonzales

## CERTIFICATE OF CONFERENCE

I, the undersigned acknowledge that I have consulted with the following counsel and they are unopposed.

**Jody Ray Mask for RS Information Systems, Inc.**

**Nancy Lynn Masso for United States of America and Department of Commerce**

**Javier Gonzalez for Dave Bruggeman d/b/a Cascade Summit Electric**

The undersigned further acknowledges that I attempted to contact Plaintiff, Zurich American Insurance Company, as Subrogee of Lowe-North Construction but was unsuccessful. As such, the undersigned is unaware of their position to this Motion.

_____
Michele N. Gonzales