IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION | § § § § | |
| V. | § § | |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC., AND DAVE BRUGGEMAN, INDIVIDUALLY and d/b/a CASCADE SUMMIT ELECTRIC | § § § § § § § | C.A. NO. B-04-091 |
| V. | § § | |
| UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION | § § § § § § | |

**ORDER GRANTING DEFENDANT'S SECOND MOTION OF ATTORNEY PURSUANT TO LOCAL RULES 83.1 AND HONORABLE JUDGE ANDREW S. HANEN CIVIL PROCEDURE RULE 4**

On this date came on for consideration Defendant's Second Motion of Attorney Pursuant to Local Rule 83.1.

Such Motion is Granted. Attorney Michele N. Gonzales is hereby given leave to appear as attorney for Defendant Mobile Crane Services, Inc.

Signed this _____ day of _____, 2004.

_____
**Judge Presiding**

1

cc:   Michele N. Gonzales
      Ken Irwin
      Jody Ray Mask
      Nancy Masso
      Will Pierson