IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION | § § § § | |
| V. | § § | |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC., AND DAVE BRUGGEMAN, INDIVIDUALLY and d/b/a CASCADE SUMMIT ELECTRIC | § § § § § § § § | C.A. NO. B-04-091 |
| V. | § § | |
| UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION | § § § § § § | |

**ORDER SETTING HEARING ON SECOND MOTION OF ATTORNEY**

The above reference motion is set to be considered by this Court on the _____ day of _____, 2004 at ____:__.m. in the courtroom of Judge Andrew Hanen, Brownsville Federal Court House, 600 E. Harrison, Brownsville, Texas.

_____
**Judge Presiding**

cc: Michele N. Gonzales
     Ken Irwin
     Jody Ray Mask
     Nancy Masso
     Will Pierson