United States District Court
Southern District of Texas
ENTERED

SEP 0 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION § § § § | |
| V. § § | |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC., AND DAVE BRUGGEMAN, INDIVIDUALLY and d/b/a CASCADE SUMMIT ELECTRIC § § § § § § § § | C.A. NO. B-04-091 |
| V. § § | |
| UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION § § § § § § | |

## ORDER GRANTING DEFENDANT'S SECOND MOTION OF ATTORNEY PURSUANT TO LOCAL RULES 83.1 AND HONORABLE JUDGE ANDREW S. HANEN CIVIL PROCEDURE RULE 4

On this date came on for consideration Defendant's Second Motion of Attorney Pursuant to Local Rule 83.1.

Such Motion is Granted. Attorney Michele N. Gonzales is hereby given leave to appear as attorney for Defendant Mobile Crane Services, Inc.

Signed this ____9th____ day of ____September____, 2004.

_____
Judge Presiding

1

cc:   Michele N. Gonzales
     Ken Irwin
     Jody Ray Mask
     Nancy Masso
     Will Pierson

United States District Court
Southern District of Texas
ENTERED
SEP 0 9 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk