**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, As Subrogee of LOWE-NORTH CONSTRUCTION,<br>    Plaintiff, | § § § § § | |
| vs. | § § | |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC., and DAVE BRUGGEMAN, Individually and d/b/a/ CASCADE SUMMIT ELECTRIC<br>    Defendants/Third Party Plaintiff, | § § § § § § § § | C.A. No. B-04-091 |
| vs. | § § | |
| RS INFORMATION SYSTEMS, INC. and CASCADE SUMMIT ELECTRIC,<br>    Third Party Defendant, | § § § § | |
| vs. | § § | |
| UNITED STATES OF AMERICA and THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION,<br>    Interested Parties. | § § § § § § | |

## GOVERNMENTS' UNOPPOSED MOTION TO ALLOW APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY STEVEN SCHAMMEL

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America and the Department of Commerce National Oceanic and Atmospheric Administration, herein, move to allow Assistant United States Attorney, Steven Schammel, to appear on behalf of the government (described as Interested Parties/Third Party Defendants) at the Initial Pretrial and Scheduling Conference, Friday, September 10, 2004.

Assistant United States Attorney in charge of this case, Nancy L. Masso, is unable to appear at the hearing due to a pre-scheduled obligation in Corpus Christi also scheduled

for September 10, 2004. The government requests that Assistant United States Attorney, Steven Schammel, be allowed to appear in Ms. Masso's stead at the hearing in this case. Mr. Schammel is familiar with the facts of this case and is authorized to appear in the United States District Courts for the Southern District of Texas.

### *Statement of Consultation*

I hereby certify that on the 9th day of September, 2004, counsel representing all parties in this case were contacted regarding this motion and they do not oppose the filing of this motion.

WHEREFORE, PREMISES CONSIDERED, the Government prays that this Court allow Assistant United States Attorney Steven Schammel to appear in the stead of Assistant United States Attorney Nancy L. Masso at the September 10, 2004, hearing scheduled in this case.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

/s/ Nancy L. Masso_____
NANCY L. MASSO
Assistant U.S. Attorney
600 E. Harrison, #201
Brownsville, TX 78520
(956) 548-2554 Fax (956) 548-2549
Texas State Bar No. 00800490
Federal I.D. No. 10263

### CERTIFICATE OF SERVICE

I certify that a copy of the "GOVERNMENT'S MOTION TO ALLOW APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY STEVEN SCHAMMEL" will be hand delivered on September 10, 2004 all counsel of record or his designee.

/s/Nancy L. Masso_____
NANCY L. MASSO
Assistant United States Attorney