IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 09 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION | § § § § | |
| vs. | § § | C.A. NO. B-04-091 |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC. and DAVE BRUGGEMAN, INDIVIDUALLY and d/b/a CASCADE SUMMIT ELECTRIC | § § § § § § | |
| vs. | § § | |
| UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION | § § § § | |

**UNOPPOSED MOTION OF ATTORNEY
PURSUANT TO LOCAL RULE 1**

The undersigned, Javier González, attorney at law licensed to practice law in the State of Texas and admitted to the United States District Court for the Southern District of Texas hereby requests:

1. Leave to appear as attorney for Defendant, **DAVE BRUGGEMAN, Individually and d/b/a CASCADE SUMMIT ELECTRIC**, for the Initial Pretrial Conference and Scheduling Conference set on September 10, 2004 at 10:30 a.m. in the above-captioned litigation and submits to the jurisdiction of this Court for discipline purposes and to the local Rules, and certifies that the undersigned counsel will be available for the hearings.

2. That the undersigned attorney of record, Javier González is a member in

51739:1120690.1:090904

good standing of the State Bar of Texas, admitted to practice before the United States District Court for the Southern District of Texas.

3. In support of this motion, the undersigned, Javier González represents that he has not previously been convicted of a felony or a misdemeanor involving moral turpitude nor has he been the subject of any disciplinary action by a court of record.

**WHEREFORE, PREMISES CONSIDERED,** the undersigned prays that leave of court be granted for the admission of Javier González as attorney for Defendant, **DAVE BRUGGEMAN, Individually and d/b/a CASCADE SUMMIT ELECTRIC** to appear for the Initial Pretrial Conference and Scheduling Conference set on September 10, 2004 at 10:30 a.m. and for other and further relief to which the undersigned may show himself justly entitled.

Respectfully submitted,

Will W. Pierson
Federal I.D. No. 1931
State Bar No. 16003100
Jeffrey J. Grime
Federal I.D. No. 37667
State Bar No. 24041012
ATTORNEY FOR DEFENDANT,
DAVE BRUGGEMAN, Individually and d/b/a
CASCADE SUMMIT ELECTRIC

OF COUNSEL:

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, Texas 78476
(361) 884-8808 Telephone
(361) 884-7261 Facsimile



_____
Javier González
Federal I.D. No. 19712
State Bar No. 00787561
PROPOSED CO-COUNSEL TO ACT AS
ATTORNEY FOR DEFENDANT,
**DAVE BRUGGEMAN, Individually and d/b/a
CASCADE SUMMIT ELECTRIC**

## CERTIFICATE OF CONFERENCE

I so state that my office has conferred either with all other counsel or their offices and all counsel have indicated they are not opposed to this motion.

Dated: September ___, 2004.

_____
**Javier González**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon all counsel of record by the method indicated below on this the ___ day of September, 2004.

Hon. Melissa Nance Murrah
Hon. Steve Ryan
Kelly, Smith & Murrah, P.C.
4305 Yoakum Boulevard
Houston, Texas 77006
**Via Facsimile: (713) 861-7100 &**
**Regular U.S. Mail**

Hon. Lynse S. Larance
Skaggs & Gonzales, L.L.P.
710 Laurel Ave.
McAllen, Texas 78501
**Via Facsimile: (956) 630-6570 &**
**Regular U.S. Mail**

Hon. Nancy L. Masso
Assistant United States Attorney
600 E. Harrison Street, Suite 201
Brownsville, Texas 78520
**Via Facsimile: (956) 548-2549 &**
**Regular U.S. Mail**

Hon. Jody Ray Mask
Thornton, Summers, Biechlin, Dunham & Brown, L.C.
418 East Dove Avenue
McAllen, Texas 78504
**Via Facsimile: (956) 630-0189 &**
**Regular U.S. Mail**

_____
Of Royston, Rayzor, Vickery & Williams, L.L.P.