IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION | § § § § | |
| vs. | § § | C.A. NO. B-04-091 |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC. and DAVE BRUGGEMAN, INDIVIDUALLY and d/b/a CASCADE SUMMIT ELECTRIC | § § § § § § | |
| vs. | § § | |
| UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION | § § § § | |

**ORDER GRANTING LEAVE TO APPEAR
PURSUANT TO LOCAL RULE 1**

On this day came on to be heard the Unopposed Rule 1 Motion of Javier González to appear as attorney-in-charge for Defendant, **DAVE BRUGGEMAN, Individually and d/b/a CASCADE SUMMIT ELECTRIC**, and the Court having considered said motion is of the opinion that it should be granted in all respects. It is, therefore,

**ORDERED, ADJUDGED** and **DECREED** that Javier González be granted leave to appear as attorney for Defendant, **DAVE BRUGGEMAN, Individually and d/b/a CASCADE SUMMIT ELECTRIC** for the specific purpose of attending the Initial Pretrial Conference and Scheduling Conference set on September 10, 2004 at 10:30 a.m. (or any date it is reset) and he shall be subject to the jurisdiction of this Court for discipline purposes and to the Local Rules, and that

he shall be available for hearings on 48 hours notice.

**DONE** at Brownsville, Texas this _____ day of September, 2004.

_____
**UNITED STATES DISTRICT JUDGE**