IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 10 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, As Subrogee of LOWE-NORTH CONSTRUCTION, <br>     Plaintiff, <br>vs. <br><br>MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC., and DAVE BRUGGEMAN, Individually and d/b/a/ CASCADE SUMMIT ELECTRIC <br>     Defendants/Third Party Plaintiff, <br><br>vs. <br><br>RS INFORMATION SYSTEMS, INC. and CASCADE SUMMIT ELECTRIC, <br>     Third Party Defendant, <br><br>vs. <br><br>UNITED STATES OF AMERICA and THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION, <br>     Interested Parties. | § § § § § § § § § § § § § § § § § § § § § § § § § § § <br><br><br><br><br>C.A. No. B-04-091 |

<u>ORDER GRANTING GOVERNMENT'S MOTION TO
ALLOW APPEARANCE OF AUSA STEVEN SCHAMMEL</u>

  Today, this Court considered the Government's motion seeking to allow the appearance of Assistant United States Attorney, Steven Schammel, to appear in the stead of Assistant United States Attorney, Nancy Masso, who has been assigned to be attorney in charge for the Government defendants in this case. Having considered the motion, and noting that it is unopposed, this Court finds that it should be GRANTED.

  THEREFORE, IT IS ORDERED that Assistant United States Attorney Steven Schammel be allowed to appear in the stead of Assistant United States Attorney, Nancy Masso, at the September 10, 2004 Initial Pretrial Conference scheduled in this case.

  Signed: 9/10/04

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE