IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, As Subrogee of LOWE-NORTH CONSTRUCTION § § § § | |
| VS. § | C.A. NO. B-04-091 |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC AND DAVE BRUGGEMANN, INDIVIDUALLY, AND d/b/a CASCADE SUMMIT ELECTRIC § § § § § § § | |
| VS. § § | |
| UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION § § § § § | |

### MOTION OF ATTORNEY KENNETH J. IRWIN FOR LEAVE TO APPEAR AS ATTORNEY IN CHARGE ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned, Kenneth J. Irwin, attorney at law licensed to practice in the state of Texas but not admitted to the United States District Court Southern District of Texas hereby requests the following:

1. The undersigned requests permission to appear as attorney in charge for Plaintiff, Zurich American Insurance Company as subrogee of Lowe-North Construction, pursuant to Local Rule 83.1(k). The undersigned submits to the jurisdiction of this court for discipline purposes and to the local rules.

2. The undersigned attorney is a member in good standing of the State Bar of Texas and the State Bar of Oklahoma. The undersigned attorney has previously been admitted to practice before the United States District Court for the Southern District of Texas but allowed his admission to lapse when his job no longer required him to participate in Federal Court litigation.

3. Good cause exists for Kenneth Irwin to appear as attorney in charge for Plaintiff, ZURICH AMERICAN INSURANCE COMPANY, as Subrogee of LOWE-NORTH CONSTRUCTION. The undersigned was lead counsel for the Plaintiff when the subject cause of action was filed in the 103rd District Court of Cameron County, Texas. The case was removed to federal court by counsel for the United States of America and The Department of Commerce after counsel for the defendant filed a Third Party Action naming the United States of America and The Department of Commerce as an interested party in this lawsuit. Furthermore, the undersigned has recently sent in an application to the United States District Court Southern District of Texas requesting admission.

Wherefore, premises considered, the undersigned prays that the court will grant leave for the undersigned to appear as attorney in charge for the Plaintiff in this matter.

Respectfully submitted,

**KELLY, SMITH & MURRAH, P.C.**

_____
Kenneth J. Irwin
State Bar No. 10426950
4305 Yoakum Blvd.
Houston, Texas 77006
Phone: (713) 861-9900
Fax:    (713) 861-7100
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing document has been either delivered or mailed to the following attorneys of record, or parties on this the 9th day of September, 2004.

Nancy Lynn Masso
Office of the US Attorney
600 E. Harrison, Suite 201
Brownsville, TX 78520
(956)548-2549 Facsimile

Jody Ray Mask
Thornton Summers
418 E. Dove Ave
McAllen, TX 78504
(956)630-0189 Facsimile

Will Pierson
Royston Rayzor
606 N. Carancahua, Suite 1700
Corpus Christi, TX 78476
(361) 884-7261 Facsimile

Lynse Larance
710 Laurel
McAllen, Texas 78502
(956) 630-6570 Facsimile

                                            Kenneth J. Irwin