IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, As Subrogee of LOWE-NORTH CONSTRUCTION | § § § § | |
| VS. | § § | C.A. NO. B-04-091 |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC AND DAVE BRUGGEMANN, INDIVIDUALLY, AND d/b/a CASCADE SUMMIT ELECTRIC | § § § § § § | |
| VS. | § § | |
| UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION | § § § § § | |

### ORDER GRANTING ATTORNEY KENNETH J. IRWIN LEAVE TO APPEAR AS ATTORNEY IN CHARGE FOR ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION

On this date came on for consideration Attorney, Kenneth J. Irwin Motion for Leave to appear as attorney in charge for Zurich American Insurance Company as Subrogee of Lowe-North Construction, pursuant to Local Rule 83.1(k).

Such Motion is Granted. Attorney Kenneth J. Irwin is hereby given leave to appear as attorney for Plaintiff, Zurich American Insurance Company, as subrogee of Lowe-North Construction

Signed on this _10th_ day of _September_, 2004.

_____
Judge Presiding