IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

SEP 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION | § § § § | |
| vs. | § § | C.A. NO. B-04-091 |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC. and DAVE BRUGGEMAN, INDIVIDUALLY and d/b/a CASCADE SUMMIT ELECTRIC | § § § § § § § | |
| vs. | § § | |
| UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION | § § § § | |

## ORDER GRANTING LEAVE TO APPEAR
## PURSUANT TO LOCAL RULE 1

On this day came on to be heard the Unopposed Rule 1 Motion of Javier González to appear as attorney-in-charge for Defendant, **DAVE BRUGGEMAN, Individually and d/b/a CASCADE SUMMIT ELECTRIC**, and the Court having considered said motion is of the opinion that it should be granted in all respects. It is, therefore,

**ORDERED, ADJUDGED and DECREED** that Javier González be granted leave to appear as attorney for Defendant, **DAVE BRUGGEMAN, Individually and d/b/a CASCADE SUMMIT ELECTRIC** for the specific purpose of attending the Initial Pretrial Conference and Scheduling Conference set on September 10, 2004 at 10:30 a.m. (or any date it is reset) and he shall be subject to the jurisdiction of this Court for discipline purposes and to the Local Rules, and that

51739:1120690.1:090904                                -5-

he shall be available for hearings on 48 hours notice.

DONE at Brownsville, Texas this _10_ day of September, 2004.

_____
**UNITED STATES DISTRICT JUDGE**