IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| ZURICH AMERICAN INS., ET AL | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.   B-04-091 |
| | § | |
| MOBILE CRANE SERVICE, INC.,  ET AL | § | |

## Scheduling Order

1.  Trial:  Estimated time to try:  __4__  days.                ■Bench        ☐ Jury

2.  New parties must be joined by:                                    September 30, 2004
    *Furnish a copy of this scheduling order to new parties.*

3.  The plaintiff's experts will be named with a report furnished by:      December 15, 2004

4.  The defendant's experts must be named with a report furnished by:     January 14, 2005

5.  Discovery must be completed by:                                  May 27, 2005

    *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court.*
    *No continuance will be granted because of information acquired in post-deadline discovery.*

6.  Dispositive Motions will be filed by:                            April 15, 2005

    Non-Dispositive Motions will be filed by:                       May 27 2005 (ASH)

    *************************   The Court will provide these dates.   *************************

7.  Joint pretrial order is due:                                     May 27, 2005

    *The plaintiff is responsible for filing the pretrial order on time.*

8.  Final Pretrial Conference is set for 1:30 p.m. on:               June, 2005


The case will remain on standby until tried.

Signed this the  __10th__  day of  __September__ , 2004.

_____
Andrew S. Hanen
United States District Judge

**xc: ALL COUNSEL OF RECORD**