United States District Court
Southern District of Texas
Brownsville Division

| | |
|---|---|
| **Zurich American Insurance Company,** )<br>**As Subrogee of Lowe-North Construction** )<br>)<br>)<br>v.                                                                   )<br>)<br>)<br>**Mobile Crane Service, Inc. et. al**                           ) | Civil Action No. B-04-091<br><br>Affidavit of Maxine Hodges |

Washington, D.C.                                               ) ss.

    Maxine Hodges, being of full age, being duly sworn upon her oath, deposes and says:

1. That at all times relevant to the events that are the subject of this litigation, I was a contracting officer for the National Oceanic and Atmospheric Administration (NOAA).

2. That I have personal knowledge of the award and administration of the contract covering the equipment and its installation that forms the subject of this litigation.

3. That I have reviewed all relevant documents from my contract file.

4. That I have reviewed the pleadings in this case, and specifically, the allegation of the Original Third Party Petition that states, at ¶ IE:

    "Interested party is the United States of America who has made a claim for damages against Lowe North Construction for damage to the unit involved in the incident in March of 2002. The United States of America is being made a party to this suit for valuation of its claim for damages and without any claim for money damages being made against it."

5. That with reference to the said allegation:

    a. The United States of America did not make a claim against Lowe North Construction for damage to the unit involved in the incident in March of 2002.

    b. The United States of America has no claim against any entity for damages to the equipment that is the subject of this litigation.

    c. NOAA's prime contractor for the subject equipment and installation replaced the equipment that was damaged at my request and properly installed the new equipment at no additional cost to the Government over and above the original contract price.

    d. The Government accepted the work and the prime contractor was paid in full and released from any further obligation under the contact.

6. That attached hereto are the relevant documents from the contact file:

Exhibit 1: Task Order.
Exhibit 2: Notice to Proceed.
Exhibit 3: Letter from contracting officer requesting new replacement equipment.
Exhibit 4: Acknowledgement from prime contractor that it would provide replacement equipment.
Exhibit 5: Invoicing from NOAA Finance Office that includes release.

*Maxine R. Hodges*
Maxine Hodges

Sworn to and subscribed be me,
an Attorney at Law of the District
of Columbia, this ___ day of July, 2004.

Kenneth A. Lechter Esq.
Attorney at Law of the District of Columbia