| | | | CONTRACT ID CODE | PAGE OF PAGES |
|---|---|---|---|---|
| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | | | 1 | 2 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| 0001 | See Block 16C | NAAJF100-2-20432 | N/A |

| 6. ISSUED BY | CODE | | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|

Department of Commerce/NOAA
Acquisition Management Division/NWS
Procurement Office, Room 15254
1325 East West Highway (SSMC2)
Silver Spring, Maryland 20910

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (✓) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| Powerware Corporation/ Federal Systems Division 8609 Six Forks Road Raleigh, NC 27615-2966 | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. 50-DGNW-7-90004 TO: 56-DGNW-2-25111 |
| CODE | FACILITY CODE | 10B. DATED (SEE ITEM 13) November 9, 2001 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended. Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) by completing Items 8 and 15, and returning ____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or © By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

**12. ACCOUNTING AND APPROPRIATION DATA (If required)**

See Page 2. No new funding is hereby obligated by this modification.

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

[ ] A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.

[ ] B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation, date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b):

[ ] C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF

[ ] D. OTHER (Specify type of modification and authority)
**Unilateral, Section I, Clause I.1, FAR 52.243-4, "CHANGES"**

E. IMPORTANT: Contractor [X] is not, [ ] is required to sign **four** documents and return **four** copies to the issuing office.

**14. DESCRIPTION OF AMENDMENT/MODIFICATION** (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)
See Page 2

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Marguerite G. Brown CONTRACTING OFFICER |
|---|---|
| 15B. CONTRACTOR/OFFEROR  (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY *Marguerite D. Brown* (Signature of Contracting Officer) | 16C. DATE SIGNED 2/1/02 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE
30-105
STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA

˙ract 50-DGNW-7-90004            Page 2 of 2
Order: 56-DGNW-2-25111
Modification : 0001

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. The purpose of this modification is to change the TPMS System at
   **NWS/SOUTHERN REGION/TEXAS, BROWNSVILLE/BRO/TYPE 6 (2)**

   FROM:    Type 5 (1),
   TO:      Type 6 (2) without a toilet.

2. The total amount ordered by this task order is changed as follows:

   a. **DELETE:** CLIN 5003AD - TPMS System, Type 5(1),
   with a toilet and
   Static Battery TPS,        $98,627.90

              CLIN 5008AY - Site Construction      $ 76,632.06
                                                  Total    $175,259.96

   b. **ADD:** CLIN 5003AC - TPMS System, Type 6(2),
   without a toilet Static Battery
   TPS,       $94,992.19

         CLIN 5008AY - Site Construction,      $ 76,632.06
                                                   Total    $171,624.25

3. The cost of this task is therefore **decreased**:

   FROM:    $175,259.96
   TO:      $171,624.25.

4. The accounting and appropriation data used in support of this task order modification are hereby revised as follows:

   **DELETE:**   NWWG0110-1-00050    1WG0110 4M2LN7-MS    3117    $175,259.96

   **ADD:**      NWWG0110-1-00050    **1WG0110** 4M2LN7-MS    3117    $171,624.25

5. Delivery of the items under this order shall be delivered in accordance with the applicable CDRLs and DIDs.

˙pt as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, retofore changed, remain unchanged and in full force and effect.