

**UNITED STATES DEPARTMENT OF COMMERCE**
National Oceanic and Atmospheric Administration
OFFICE OF FINANCE AND ADMINISTRATION

MAR 8 2002

NWS Business Management Division
1325 East West Highway, SSMC 2, Rm. 15254
Silver Spring, Maryland 20910

Powerware Corporation/Federal
Systems Division
Attention: Jerry F. Pugh
8609 Six Forks Rd.
Raleigh, North Carolina  27615-2966

Subject:   Notice to Proceed: Site–Brownsville, Texas
           Contract Number 50-DGNW-7-90004
           Task Order 56-DGNW-2-25111

Dear Mr. Pugh:

The purpose of this letter is to issue "Notice to Proceed" for the subject site.

In accordance with Contract Section F, Paragraph F. G, FAR 52.211-10, "Commencement, Prosecution, and Completion of Work", <u>this Notice to Proceed</u> is hereby issued to your firm.

As contractor, you shall be required to perform the following:

   (a)   Commence work under this contract prior to or on March 18, 2002.

   (b)   Prosecute all work diligently.

   (c)   Complete the entire work, ready for use, not later than April 5, 2002. The time stated for completion shall include final clean-up of the premises.

This letter further outlines other areas in which you must comply. The performance requirements described below will be strictly adhered to under the terms and conditions of the contract:

   (a)   In accordance with Contract Section F, Paragraph F.5, "Pre-Construction Conference", subparagraph (b), current work schedule and schedule-related information shall be provided to the Contracting Officer and Contracting Officer Technical Representative (COTR).  Failure to provide such information may result in a delay of contract construction-related invoice payments.



Printed on Recycled Paper

Subject: Notice to Proceed: Site–Brownsville, Texas
Contract Number 50-DGNW-7-90004
Task Order 56-DGNW-2-25111

Page 2 of 2

Officer Technical Representative (COTR). Failure to provide such information may result in a delay of contract construction-related invoice payments.

(b) Prior to commencing work on this site, the COTR shall be notified by the contractor prior to three (3) calendar days of the scheduled start date to ensure that the anticipated work area will be available.

(c) In accordance with Contractor Section F, Paragraph F.7, "Required Approval of Material, Samples, and Certificate Submittals Prior to Incorporation of Work", the contractor shall be prohibited from incorporating materials into the work site that have not been formally approved in writing by the COTR, whom I am authorizing as the materials approving official on my behalf for this site. Failure to comply with this requirement shall place the contractor at complete risk for any resultant problems related to this requirement.

Please acknowledge receipt of this Notice on the date received by signing this document, faxing one copy to this office at (301) 713-1024 (with accompanying telephone notification), and returning the original signature copy to this office.

Should you have any further questions or comments regarding this matter, please do not hesitate to contact Ms. Maxine Hodges at (301) 713-3405, ext. 110.

Sincerely,

*Maxine R. Hodges*

Maxine R. Hodges
Contracting Officer

Receipt is hereby acknowledged of the Notice to Proceed for the Brownsville, TX. construction site.

_____
Signature

March 11, 2002
Date

Jerry F. Pugh, Contracts Manager
**Print Name and Title**