

**UNITED STATES DEPARTMENT OF COMMERCE**
National Oceanic and Atmospheric Administration
OFFICE OF FINANCE AND ADMINISTRATION

March 28, 2002

NWS Business Management Divison
1325 East West Highway, SSMC 2, Rm. 15254
Silver Spring, Maryland 20910

Powerware Corporation/Federal
Systems Division
Attention: Jerry F. Pugh
8609 Six Forks Rd.
Raleigh, North Carolina 27615-2966

Subject:  Damaged Shelter: Site–Brownsville, Texas
          Contract Number 50-DGNW-7-90004
          Task Order 56-DGNW-2-25111

Dear Mr. Pugh:

The purpose of this letter is to inform you that the Government is aware that the shelter for Brownsville, Texas, was dropped by the crane on Wednesday, March 27, 2002 around Noon Central time. The Government Observers have reviewed the damages to the shelter and have determined that the shelter has sustained severe damage. Acceptable physical and verbal evidence has been presented to allow the Government to make the determination that it is in their best interest to request that a new completely stuffed shelter be delivered and installed. The Government is in agreement that it is not in their best interest to accept a repaired damage shelter when we have contracted to receive a brand new shelter at an estimated cost of $94,000.

Please provide the Serial Numbers and related information pertaining to the damaged shelter, immediately.

It is requested that you provide a plan of action to address this matter by Friday, April 5, 2002.

Should you have any further questions or comments regarding this matter, please do not hesitate to contact Ms. Maxine Hodges at (301) 713-3405, ext. 110.

Sincerely,

Maxine R. Hodges
Contracting Officer

Printed on Recycled Paper