# POWERWARE®

April 5, 2002                                        Transmit #: NOAA-02-0328

U.S. Department of Commerce/NOAA
NWS Business Management Division OFA9X2
1325 East-West Highway, SSMC2, Station #15319
Silver Spring, Maryland 20910-3281

Attention:     Ms. Maxine Hodges, Contracting Specialist

**Subject:**     **Damaged Shelter: Site – Brownsville, TX Status Report**

*Powerware Corporation*
(Lisa Armour/ 919-870-3385)

Dear Ms. Hodges:

I would like to inform you concerning the status of the new shelter for the Brownsville, Texas site. A new shelter, air conditioner requiring the coated coils and equipment has been place on order already. Please be advised, that the air conditioner with the coated coils has a six to eight week lead time for shipment. We are anticipating at least 10 weeks before delivery to the Brownsville, Texas site.

Further information concerning exact dates will be passed onto the Government, as it becomes available.

If you have any questions or require additional information, please call me at (919) 870-3385.

Sincerely,

Lisa K. Armour
Contract Administrator
Federal Systems Division

Cc:    Peter Grant, W/OPS421
       David Hryb, Powerware
       Doug Nowatka, Powerware

CORPORATE HEADQUARTERS
8609 Six Forks Road, Raleigh, North Carolina 27615
919.872.3020 • Fax: 800.753.9433
e-mail: info@powerware.com • www.powerware.com



invensys
An Invensys company