# MATERIAL INSPECTION AND RECEIVING REPORT

FORM APPROVED
OMB No. 0704-0248

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources, and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (0704-0248), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-44302. Respondents should be aware that notwithstanding any other provision of law, no persons shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401.

| 1. PROCUREMENT INSTRUMENT IDENTIFICATION (CONTRACT) NO. | ORDER NO. | 6. INVOICE NO./DATE | 7. PAGE | OF | 8. ACCEPTANCE POINT |
|---|---|---|---|---|---|
| 50-DGNW-7-90004 | 56-DGNW-8-25111 | 25111-01 02JUN14 | 1 | 1 | D |

| 2. SHIPMENT NO. | 3. DATE SHIPPED | 4. B/L | 5. DISCOUNT TERMS | |
|---|---|---|---|---|
| EXE0001 | PER CONTRACT | N/A | NET 30 | 2 M9 D004 |

**9. PRIME CONTRACTOR** CODE 31705
POWERWARE CORPORATION
INTEGRATION SERVICES
8609 SIX FORKS ROAD
RALEIGH, NC 27615

**10. ADMINISTERED BY** CODE S1103A
U.S. DEPARTMENT OF COMMERCE, NOAA
NWS BUSINESS MANAGEMENT DIVISION OFA9X2
1325 EAST-WEST HIGHWAY, STATION #15319
SILVER SPRING, MD 20910-3281

**11. SHIPPED FROM (IF OTHER THAN 9)** CODE | FOB: D
SEE BLOCK 9

**12. PAYMENT WILL BE MADE BY** CODE HQ0338
U.S. DEPARTMENT OF COMMERCE, NOAA (0FA2212X2
20020 CENTURY BOULEVARD, BUILDING CXX1/RM 300
GERMANTOWN, MD 20874

**13. SHIPPED TO** CODE
NEXRAD OPERATIONAL SUPPORT FACILITY
ATTN: JAMES WILLIAMS, W/OSO421
3200 MARSHALL AVENUE
NORMAN, OK 73072

**14. MARKED FOR** CODE

| 15. ITEM NO. | 16. STOCK/PART NO. (Indicate number of shipping containers-type of container-container number) DESCRIPTION | 17. QUANTITY SHIP/REC'D | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|
| 5003AC | BROWNSVILLE, TX - TPMS SYSTEMS<br>UNIT PRICE: $94,992.19<br>MINUS 10% RETAINAGE ($9,499.22)<br>AMOUNT DUE: $85,492.97 | 1 | EA | 85,492.97 | $ 85,492.97 |
| 5008AY | BROWNSVILLE, TX - SITE CONSTRUCTION<br>UNIT PRICE: $76,632.06<br>MINUS 10% RETAINAGE ($7,663.21)<br>AMOUNT DUE: $68,968.85 | 1 | EA | 68,968.85 | $ 68,968.85 |
| | COATED COIL A/C UNIT  BWG01102 MFLN7-MS31177<br>TOTAL  MVG01104 M2LN7-MS 3117 $154,461.82 | 1 4 | EA | 595.42 $595.82 | $ 595.42 |
| | | | | | $ 155,057.24 |

Handwritten: = 154,461.82

**21. CONTRACT QUALITY ASSURANCE**

A. ORIGIN
☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

B. DESTINATION
☒ CQA ☒ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents.

DATE: 6/28/02
SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
TYPED NAME: JAMES WILLIAMS
TITLE: (COTR) W/OP542
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER: 405-366-0540 X3244

**22. RECEIVER'S USE**
Quantities shown in column 17 were received in apparent good condition except as noted.
DATE RECEIVED:
TYPED NAME:
TITLE:
MAILING ADDRESS:
COMMERCIAL TELEPHONE NUMBER:
*If quantity received by the Government is the same as quantity shipped, indicated by (x) mark, if different, enter actual quantity received below quantity shipped and encircle.*

PREPARED BY: KIMBERLY D. DEANS

**23. CONTRACTOR USE ONLY**
Point of Contact
Jerry F. Pugh, Contracts Manager
8609 Six Forks Road
Raleigh, NC 27615
Phone 919-870-3143, Fax 919-870-3191

Contracting Officer's Technical Representative
Marcia R. Hodge 7/11/02



**UNITED STATES DEPARTMENT OF COMMERCE**
National Oceanic and Atmospheric Administration
OFFICE OF FINANCE AND ADMINISTRATION

August 15, 2002

NWS Business Management Division
1325 East West Highway, SSMC 2, Rm. 15254
Silver Spring, Maryland 20910

Powerware Corporation/Federal
Systems Division
Attention: Lisa K. Armour
Contracts Administrator
8609 Six Forks Rd.
Raleigh, North Carolina 27615-2966

Subject:   Government Approval: Final, As-Built Drawings, CDRL B002
           Contract Number 50-DGNW-7-90004
           Task Order 56-DGNW-2-25111

Dear Ms. Armour:

The purpose of this letter is to inform you that the government has approved the Brownsville, TX, Final, As-Built Drawings, CDRL B002, as referenced in Powerware Transmittal No. NOAA-02-0540, dated July 8, 2002.

Please address additional technical questions or comments to James M. Williams at (405) 366-6540, Ext. 3230 or e-mail address James.M.Williams@noaa.gov or to Gary Harper at (405) 366-6546, Ext. 3297 or Gary.T.Harper@noaa.gov. All other questions may be addressed to me at (301) 713-3405, Ext. 110 or Maxine.Hodges@noaa.gov.

Sincerely,

Maxine R. Hodges
Contracting Officer



Printed on Recycled Paper

# MATERIAL INSPECTION AND RECEIVING REPORT

FORM APPROVED
OMB No. 0704-0248

The public reporting burden for this collection of information is estimated to average 30 minutes per response, including the time for reviewing instructions, searching existing data sources and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden to Department of Defense, Washington Headquarters Services, Directorate for Information Operations and Reports (0704-0248), 1215 Jefferson Davis Highway, Suite 1204, Arlington, VA 22202-4302. Respondents should be aware that notwithstanding any other provision of law, no persons shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.

**PLEASE DO NOT RETURN YOUR COMPLETED FORM TO EITHER OF THESE ADDRESSES.**
SEND THIS FORM IN ACCORDANCE WITH THE INSTRUCTIONS CONTAINED IN THE DFARS, APPENDIX F-401.

| 1. PROCUREMENT INSTRUMENT IDENTIFICATION (CONTRACT) NO. | 2. ORDER NO. | 6. INVOICE NO./DATE | 7. PAGE | OF | 8. ACCEPTANCE POINT |
|---|---|---|---|---|---|
| 50-DGNW-7-90004 | 56-DGNW-8-25111 | 25111-02 02AUG15 | 1 | 1 | D |

| 2. SHIPMENT NO. | 3. DATE SHIPPED | 4. B/L | 5. DISCOUNT TERMS | |
|---|---|---|---|---|
| EXE0002 | PER CONTRACT | N/A | NET 30 | 2 M 1 0 1 5 4 |

| 9. PRIME CONTRACTOR | CODE | 31795 | 10. ADMINISTERED BY | CODE S1103A |
|---|---|---|---|---|
| POWERWARE CORPORATION INTEGRATION SERVICES 8609 SIX FORKS ROAD RALEIGH, NC 27615 | | | U.S. DEPARTMENT OF COMMERCE, NOAA NWS BUSINESS MANAGEMENT DIVISION OFA9X2 1325 EAST-WEST HIGHWAY, STATION #15319 SILVER SPRING, MD 20910-3281 | |

| 11. SHIPPED FROM (IF OTHER THAN 9) | CODE | FOB: | 12. PAYMENT WILL BE MADE BY | CODE HQ0338 |
|---|---|---|---|---|
| SEE BLOCK 9 | | D | U.S. DEPARTMENT OF COMMERCE, NOAA (OFA2212X2 20020 CENTURY BOULEVARD, BUILDING CXX1/RM 300 GERMANTOWN, MD 20874 | |

| 13. SHIPPED TO | CODE | 14. MARKED FOR | CODE |
|---|---|---|---|
| NEXRAD OPERATIONAL SUPPORT FACILITY ATTN: JAMES WILLIAMS, W/OSO421 3200 MARSHALL AVENUE NORMAN, OK 73072 | | | |

| 15. ITEM NO | 16. STOCK/PART NO. (Indicate number of shipping containers-type of container container number) | DESCRIPTION | 17. QUANTITY SHIP/REC'D | 18. UNIT | 19. UNIT PRICE | 20. AMOUNT |
|---|---|---|---|---|---|---|
| | 5003AC | BROWNSVILLE, TX - TPNS SYSTEMS 10% RETAINAGE | 1 | EA | 9,499.22 | $ 9,499.22 |
| | 5008AY | BROWNSVILLE, TX - SITE INSTALLATION 10% RETAINAGE | 1 | EA | 7,663.21 | $ 7,663.21 |
| | | IWG0110 4M2LN7-MS 3/17 TOTAL | | | | $ 17,162.43 |

| 21. CONTRACT QUALITY ASSURANCE | | 22. RECEIVER'S USE |
|---|---|---|
| A. ORIGIN ☐ CQA ☐ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents | B. DESTINATION ☒ QA ☒ ACCEPTANCE of listed items has been made by me or under my supervision and they conform to contract, except as noted herein or on supporting documents | Quantities shown in column 17 were received in apparent good condition except as noted |
| DATE SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE TYPED NAME: TITLE: MAILING ADDRESS: COMMERCIAL TELEPHONE NUMBER: | DATE 8/20/03 SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE TYPED NAME: JAMES WILLIAMS TITLE: (COTR) W/OPS421 MAILING ADDRESS: COMMERCIAL TELEPHONE NUMBER: 405-366-6540 X0230 | DATE RECEIVED SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE TYPED NAME: TITLE: MAILING ADDRESS: COMMERCIAL TELEPHONE NUMBER: *If quantity received by the Government is the same as quantity shipped, indicate by (x) mark, if different, enter actual quantity received below quantity shipped and encircle. |

PREPARED BY KIMBERLY D. DEANS    DATE: August 10, 2002

23. CONTRACTOR USE ONLY
Point of Contact
Jerry F. Pugh, Contracts Manager
8609 Six Forks Road
Raleigh, NC 27615
Phone 919-870-3143, Fax 919-870-3191