IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, As Subrogee of LOWE-NORTH CONSTRUCTION,<br>　　Plaintiff, | §§§§§ |
| vs. | §§ |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC., and DAVE BRUGGEMAN, Individually and d/b/a/ CASCADE SUMMIT ELECTRIC<br>　　Defendants/Third Party Plaintiff, | §§§§§§§§ C.A. No. B-04-091 |
| vs. | §§ |
| RS INFORMATION SYSTEMS, INC. and CASCADE SUMMIT ELECTRIC,<br>　　Third Party Defendant, | §§§§ |
| vs. | §§ |
| UNITED STATES OF AMERICA and THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION,<br>　　Interested Parties. | §§§§§§ |

### ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(6) OF THE FRCP

Today, this Court considered the "Federal Defendants' Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) of the F.R.C.P.". Having considered the motion, pleadings and exhibits on file as well as the arguments of counsel, this Court finds that Third Party Plaintiff, Mobile Crane Service, Inc., has failed to state a claim upon which relief can be granted against the Federal Defendants herein–the United States of America and the Department of Commerce National Oceanic and Atmospheric Administration.

THEREFORE, IT IS ORDERED that the United States of America and the Department of Commerce National Oceanic and Atmospheric Administration be DISMISSED, without prejudice.  See Rule 12(b)(6), F.R.C.P.

SIGNED: _____

ANDREW S. HANEN<br>
UNITED STATES DISTRICT JUDGE