## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION | § § § § | |
| V. | § § | |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC., AND DAVE BRUGGEMAN, INDIVIDUALLY and d/b/a CASCADE SUMMIT ELECTRIC | § § § § § § § | C.A. NO. B-04-091 |
| V. | § § | |
| UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION | § § § § | |

### ORDER SETTING HEARING ON MOTION FOR CONTINUANCE

The above reference motion is set to be considered by this Court on the

_____ day of _____, 2004 at ___:___ _.m. in the courtroom of Judge Andrew Hanen,

Brownsville Federal Court House, 600 E. Harrison, Brownsville, Texas.

Signed on this _____ day of _____, 2004.

_____
Judge Presiding

cc:   Lynse Larance
      Ken Irwin
      Jody Ray Mask
      Nancy Masso
      Will Pierson

8