UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION | § § § § | |
| V. | § § | |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC., AND DAVE BRUGGEMAN, INDIVIDUALLY and d/b/a CASCADE SUMMIT ELECTRIC | § § § § § § | C.A. NO. B-04-091 |
| V. | § § | |
| UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION | § § § § | |

**ORDER GRANTING DEFENDANT MOBILE'S UNOPPOSED MOTION FOR CONTINUANCE**

On this date came on for consideration Defendants's Unopposed Motion for Continuance.

Such Motion is Granted. Defendant Mobile has until _____, \_\_\_\_\_ to amend or supplement its response to Defendant Dave Bruggeman, Individually and d/b/a Cascade Summit Electric's Motion for Summary Judgment.

Signed on this _____ day of _____, 2004.

_____
JUDGE PRESIDING

9