


B:04cv91

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

United States District Court
Southern District of Texas

SEP 24 2004

Michael N. Milby, Clerk

United States Courts
Southern District of Texas
FILED
SEP 20 2004
Michael N. Milby, Clerk

Hasler

## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Kenneth James Irwin
6565 W Loop S
Ste 435
Bellaire TX 77401

---

Case: 1:04-cv-00091   Instrument: 20   (1 pages)
Date: Sep 10, 2004
Control: 04099143
Notice: The attached order has been entered.

---

## AUTHORIZATION TO SEND NOTICES
## BY FACSIMILE

In all cases where I appear as an attorney, the Clerk of the United States District Court for the Southern District of Texas may send me notices by facsimile transmission rather than mail. See Fed.R.Civ.P. 77, Fed.R.Crim.P. 49, Fed.R.Bankr.P. 9022,9036. For questions, please call (713) 250-5768.

This telephone line is dedicated for facsimile transmission:

Fax: ( ____ ) _____

Name: _____

State Bar Number: _____

Signature: _____

**Complete ONLY information that is different from the address label:**

Firm: _____

Suite: _____

Street or P.O. Box: _____

City, State & Zip: _____

Business Telephone: ( ____ ) _____

**Mail to:**   Attorney Admissions
United States District Clerk
P.O. Box 61010
Houston, TX 77208

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, As Subrogee of LOWE-NORTH CONSTRUCTION | § § § § | |
| VS. | § § | C.A. NO. B-04-091 |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC AND DAVE BRUGGEMANN, INDIVIDUALLY, AND d/b/a CASCADE SUMMIT ELECTRIC | § § § § § § § | |
| VS. | § § | |
| UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION | § § § § § | |

## ORDER GRANTING ATTORNEY KENNETH J. IRWIN LEAVE TO APPEAR AS ATTORNEY IN CHARGE FOR ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION

On this date came on for consideration Attorney, Kenneth J. Irwin Motion for Leave to appear as attorney in charge for Zurich American Insurance Company as Subrogee of Lowe-North Construction, pursuant to Local Rule 83.1(k).

Such Motion is Granted. Attorney Kenneth J. Irwin is hereby given leave to appear as attorney for Plaintiff, Zurich American Insurance Company, as subrogee of Lowe-North Construction

Signed on this ___10th___ day of ___September___, 2004.

_____
Judge Presiding