CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

NIXIE — NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD

United States District Court
Southern District of Texas
SEP 21 2004
Michael N. Milby, Clerk

B04CV091

United States Courts
Southern District of Texas
FILED
SEP 21 2004
Michael N. Milby, Clerk

77208/1010

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov



Kenneth James Irwin
6565 W Loop S
Ste 435
Bellaire  TX  77401

---

Case: 1:04-cv-00091   Instrument: 21   (2 pages)
Date: Sep 10, 2004
Control: 04099209
Notice: The attached order has been entered.

---

## AUTHORIZATION TO SEND NOTICES
## BY FACSIMILE

In all cases where I appear as an attorney, the Clerk of the United States District Court for the Southern District of Texas may send me notices by facsimile transmission rather than mail. See Fed.R.Civ.P. 77, Fed.R.Crim.P. 49, Fed.R.Bankr.P. 9022, 9036.  For questions, please call (713) 250-5768.

This telephone line is dedicated for facsimile transmission:

Fax: (____) _____

Name: _____

State Bar Number: _____

Signature: _____

**Complete ONLY information that is different from the address label:**

Firm: _____

Suite: _____

Street or P.O. Box: _____

City, State & Zip: _____

Business Telephone: (____) _____

**Mail to:**   Attorney Admissions
United States District Clerk
P.O. Box 61010
Houston, TX 77208

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
ENTERED

SEP 1 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION § § § § § vs. § § MOBILE CRANE SERVICE, INC., § JESUS FRANCISCO AVALOS, RS § INFORMATION SYSTEMS, INC. and § DAVE BRUGGEMAN, INDIVIDUALLY § and d/b/a CASCADE SUMMIT ELECTRIC § § vs. § § UNITED STATES OF AMERICA AND § THE DEPARTMENT OF COMMERCE § NATIONAL OCEANIC AND § ATMOSPHERIC ADMINISTRATION § | C.A. NO. B-04-091 |

**ORDER GRANTING LEAVE TO APPEAR**
**PURSUANT TO LOCAL RULE 1**

On this day came on to be heard the Unopposed Rule 1 Motion of Javier González to appear as attorney-in-charge for Defendant, **DAVE BRUGGEMAN, Individually and d/b/a CASCADE SUMMIT ELECTRIC**, and the Court having considered said motion is of the opinion that it should be granted in all respects. It is, therefore,

**ORDERED, ADJUDGED and DECREED** that Javier González be granted leave to appear as attorney for Defendant, **DAVE BRUGGEMAN, Individually and d/b/a CASCADE SUMMIT ELECTRIC** for the specific purpose of attending the Initial Pretrial Conference and Scheduling Conference set on September 10, 2004 at 10:30 a.m. (or any date it is reset) and he shall be subject to the jurisdiction of this Court for discipline purposes and to the Local Rules, and that

51739:1120690.1:090904 -5-

he shall be available for hearings on 48 hours notice.

DONE at Brownsville, Texas this ___ day of September, 2004.

_____
UNITED STATES DISTRICT JUDGE