UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 3 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION § § § § | |
| V. § | |
| § | |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC., AND DAVE BRUGGEMAN, INDIVIDUALLY and d/b/a CASCADE SUMMIT ELECTRIC § § § § § § | C.A. NO. B-04-091 |
| V. § | |
| § | |
| UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION § § § § | |

**ORDER GRANTING DEFENDANT MOBILE'S
UNOPPOSED MOTION FOR CONTINUANCE**

On this date came on for consideration Defendants's Unopposed Motion for Continuance.

Such Motion is Granted. Defendant Mobile has until _November 30, 2004_ to amend or supplement its response to Defendant Dave Bruggeman, Individually and d/b/a Cascade Summit Electric's Motion for Summary Judgment.

Signed on this ___30th___ day of ___September___, 2004.

_____
JUDGE PRESIDING