# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION | § § § § | United States District Court Southern District of Texas FILED SEP 3 0 2004 Michael N. Milby Clerk of Court |
| V. | § § | |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC., AND DAVE BRUGGEMAN, INDIVIDUALLY and d/b/a CASCADE SUMMIT ELECTRIC | § § § § § § § | C.A. NO. B-04-091 |
| V. | § § | |
| UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION | § § § § § § | |

---

## DEFENDANT/THIRD PARTY PLAINTIFF
## MOBILE CRANE SERVICES, INC'S PROPOSED PROTOCOL

---

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant/ Third Party Plaintiff Mobile Crane Services, Inc. attaches its proposed protocol for the inspection of the equipment in Minden, Louisiana. No other party has submitted a protocol for the review of the other parties. This protocol was submitted for review to the other parties on September 23, 2004. Plaintiff is waiting for a response from its expert before it can agree to the protocol. No other party has voiced an objection to it.

PRAYER

WHEREFORE, PREMISES CONSIDERED, the undersigned prays that the attached protocol be approved by the Court. Defendant/ Third Party Plaintiff Mobile Crane Services, Inc. requests such further specific and general relief, both at law and in equity, as to which they may show themselves justly entitled.

Respectfully Submitted,

Lynse Larance Guerra
State Bar No. 24032533
Federal I.D. No.31319
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8203
Fax (956) 630-6570
ATTORNEY IN CHARGE
DEFENDANT MOBILE CRANE
SERVICES, INC.

2

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been either delivered or mailed to the following attorneys of record, or parties on this the _____ day of September, 2004:

Melissa Murrah
Ken Irwin
KELLY, SMITH AND MURRAH
4305 Yoakum Blvd.
Houston, Texas 77006
Via Facsimile

Nancy Lynn Masso
Office of the US Attorney
600 E. Harrison, Suite 201
Brownsville, TX 78520
Via Facsimile

Jody Ray Mask
THORNTON SUMMERS
418 E. Dove Ave
McAllen, TX 78504
Via Facsimile

Will Pierson
ROYSTON RAYZOR
606 N. Carancahua, Suite 1700
Corpus Christi, TX 78476
Via Facsimile

Lynse L. Guerra

3

CERTIFICATE OF CONFERENCE

On September 23, 2004, the undersigned submitted its protocol to all counsel. As of today's date, the attorney's responses are as follows:

Ken Irwin-is not agreed at this time, pending approval from his expert.
Jody Ray Mask has made no response.
Nancy Masso has made no response.
William Pierson has made no response.

_____
LYNSE LARANCE GUERRA

4

THOMAS C. CLARK, P.E.
8704 BALTUSROL DRIVE
FLOWER MOUND, TX 75022
817-567-0067
FAX: 817-567-0068
CELL: 214-926-7840

9-22-04

Skaggs & Gonzales, L.L.P.
Attorneys at Law
710 Laurel
P. O. Drawer 2285
McAllen, TX 78502-2285

Attn: Lynse L. Guerra

Subject: Cause No. 2003-5085-D:
        Zurich American Insurance Co. vs. Mobile Crane Service, Inc.
        Fiberbond UPS Building

Dear Ms. Guerra:

You have requested a protocol list of activities and operations that need to occur in order to power up the Fiberbond unit located in Minden.

The unit has never had an initial start-up conducted which generally occurs once the unit is set in place and powered up by an electrician. This initial start up is normally done by a factory technician and included in the purchase price.

That being said, the following procedures should be done to insure a safe start up attempt of the unit by who ever conducts the start-up.
1. Obtain the use of a factory technician from the manufacturing company, Powerware or from another manufacturer of UPS equipment.
2. Conduct a final assembly and minor repair of the electrical items in the unit.
   A. Set the batteries in place, cable them together with the cables provided and check the batteries for proper liquid level and electrolytic content. This may require that the batteries be taken to a service center and checked as they have sat so long.
   B. Replace the broken handle on and "on-off" selector switch on the UPS control panel.
3. Turn off circuit breakers in the main 100-amp panel board.

Page 2

4. Connect electrical service to the building with a 120/208-volt, 3 phase, and 100-amp service.
5. Individually turn on each branch circuit breaker and check the operation of the equipment items connected to it. This would include lights, power receptacles, unit heater-air conditioner and the uninteruptible power supply (UPS).
6. Charge the battery units with the built-in charger (unless the batteries are taken out and pre-charged at a service center).
7. Check for proper operation of the charger.
8. Check for proper voltage and electrical characteristics at the units out put terminals using a Dranetz meter or equivalent.
9. Disconnect power to the unit and check for proper switching of the UPS system and voltage characteristics at the output terminals.
10. Any problem with the delivery of correct voltage or switching should be able to be repaired by replacing pull out P.C. boards at a max cost of +/- $4,000.00.

Please call if you have further questions. I believe we had quoted $5,425.00 to conduct the start up.

Very truly yours,

Thomas C. Clark, P.E.