IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 0 5 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, As Subrogee of LOWE-NORTH CONSTRUCTION | § § § § |
| VS. | § § C.A. NO. B-04-091 |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC AND DAVE BRUGGEMANN, INDIVIDUALLY, AND d/b/a CASCADE SUMMIT ELECTRIC | § § § § § § |

### ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH'S RESPONSE TO MOBILE CRANE'S REQUEST TO THE COURT TO APPROVE PROPOSED PROTOCOL FOR TESTING OF UPS SYSTEM

TO THE HONORABLE JUDGE OF SAID COURT:

PLAINTIFF, **ZURICH AMERICAN INSURANCE COMPANY**, has had an opportunity to review Defendant/Third Party Plaintiff Mobile Crane Services, Inc.'s proposed protocol for the inspection and testing of the UPS SYSTEM at issue. Plaintiff is not opposed to the protocol and will allow the Defendant to conduct such testing in the presence of Plaintiff's counsel.

It is Plaintiff's understanding that Defendant Mobile Crane Services, Inc. will pay for all costs associated with the testing they plan to conduct, including the cost of the repairs required as set out by Plaintiff's counsel in the protocol, and the cost to hire a technician/electrician to perform the start up.

Counsel for the Plaintiff will also inform the Court that counsel for third-party Defendant R.S. Information Systems, Inc., Jody Mask, counsel for the U.S. Government, Nancy Masso, and

Counsel for Dave Bruggeman, William Pierson, have indicated that they are not going to propose a protocol or ask to conduct any testing on the UPS system.

Plaintiff has no objection to the Court entering an Order approving Defendant Mobile Cranes proposes protocol.

Respectfully submitted,

**KELLY, SMITH & MURRAH, P.C.**

_____
Kenneth J. Irwin
State Bar No. 10426950
Melissa Nance Murrah
State Bar No. 00788104
4305 Yoakum Boulevard
Houston, Texas 77006
(713) 861-9900
(713) 861-7100 facsimile

ATTORNEY IN CHARGE FOR
DEFENDANT, ZURICH AMERICAN
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that on the 30[H] day of September, 2004, true and correct copy of the foregoing instrument has been forwarded by United States Certified Mail, Return Receipt Requested, and/or by express delivery, and/or by facsimile transmission, to the following counsel of record:

Lynse Guerra
Skaggs & Gonzales, LLP
710 Laurel
McAllen, Texas 78502-2285

Jody Ray Mask
Thornton, Summers, Biechlin, Dunham & Brown, L.C.
418 East Dove Avenue
McAllen, Texas 78504

Will W. Pierson
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, Texas 78476

Nancy L. Masso
Assistant United States Attorney
600 East Harrison Street, Suite 201
Brownsville, Texas 78520

_____
Kenneth J. Irwin