UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION | § § § § | United States District Court Southern District of Texas ENTERED<br><br>OCT 0 8 2004<br><br>Michael N. Milby, Clerk of Court<br>By Deputy Clerk |
| V. | § § | |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC., AND DAVE BRUGGEMAN, INDIVIDUALLY and d/b/a CASCADE SUMMIT ELECTRIC | § § § § § § | C.A. NO. B-04-091 |
| V. | § § | |
| UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION | § § § § | |

### ORDER GRANTING DEFENDANT MOBILE'S MOTION FOR CONTINUANCE

On this date came on for consideration Defendants's Motion for Continuance. Such Motion is Granted. Defendant Mobile has until November 30, 2004 to amend or supplement its response to Federal Defendant's Motion to Dismiss.

Signed on this ___7th___ day of ___October___, 2004.

_____
JUDGE PRESIDING

9