CLERK
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

xRTSx - NOT DELIVERABLE AS ADDRESSED

Kenneth James Irwin
Attorney at Law
6565 W Loop S
Ste 435
Bellaire TX 77401

77208-1010

B-04cv091

Michael N. Milby, Clerk
United States District Court
Southern District of Texas
RECEIVED
OCT 18 2004

OCT 15 2004


Hasler
$00.370
10/08/2004
Mailed From 77002
US POSTAGE
012H16202949