UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

NOV 15 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION § § § § <br><br> V. § § <br><br> MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC., AND DAVE BRUGGEMAN, INDIVIDUALLY and d/b/a CASCADE SUMMIT ELECTRIC § § § § § § § <br><br> V. § § <br><br> UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION § § § § | C.A. NO. B-04-091 |

### ORDER GRANTING DEFENDANT MOBILE CRANE'S PROPOSED PROTOCOL

On this date came on for consideration Defendants Mobile Crane's Proposed Protocol.

The protocol is approved by this court.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that all parties will do testing on the equipment following the terms of the protocol set out by Thomas Clarke in the Mobile Crane Proposed Protocol.

Signed on this _15th_ day of _November_, 2004.

_____
JUDGE PRESIDING

6