IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, As Subrogee of LOWE-NORTH CONSTRUCTION<br>    Plaintiff, | § § § § | |
| vs. | § § § | C.A. NO. B-04-091 |
| MOBILE CRANE SERVICE, INC.,*<br>JESUS FRANCISCO AVALOS,<br>RS INFORMATION SYSTEMS, INC.,<br>AND DAVE BRUGGEMANN,<br>INDIVIDUALLY AND d/b/a CASCADE<br>SUMMIT ELECTRIC<br>    Defendants/Third Party Plaintiff*, | § § § § § § § § | |
| vs. | § § | |
| RS INFORMATION SYSTEMS, INC.<br>and CASCADE SUMMIT ELECTRIC,<br>    Third Party Defendants, | § § § | |

### AFFIDAVIT OF GARY HARPER

**STATE OF OKLAHOMA** §
                                              §
**COUNTY OF** _Cleveland_ §

    Before me, the undersigned authority, on this day appeared Gary Harper, who is personally known to me, and being duly sworn according to law upon his oath deposed and said:

    "My name is Gary Harper and i am an employee of RS Information Systems. I am over the age of 18 and have never been convicted of a felony. I am fully competent to make this affidavit. I declare that the following statements are true and correct, made of my own free will and based upon my personal knowledge:

I was present on or about March 27, 2003 at the Brownsville National Weather Service Office when a crane from Mobile Crane Service dropped a Fiberbond Shelter Unit that housed a Powerware Uninterruptible Power Supply (UPS) Unit. RS Information Systems was not responsible to secure the shelter, unload the shelter or lower it into its final placement, nor was RS Information responsible for directing any of Mobile Crane's employees. RS Information Systems was hired to secure civil engineer availability, coordinate system testing and calibration times of the Powerware UPS Equipment. RS Information Systems was not hired to arrange or supervise operations of the crane or to direct the crane operator in placing the UPS equipment that was housed in a Fiberbond Shelter Unit. The scope of the work for which RS Information Systems was hired did not include unloading, securing, or placing the shelter or directing the crane operator.

I did not direct or signal the crane operator. I have no training as a crane operator, no training in coordinating the movement of cranes, nor am I familiar with the work of a rigger/flag man. Based upon my observation, the Mobile Crane operator was responsible for the lift and was in control of all lift decisions."

Further affiant saith not.          *Gary T. Harper*

SUBSCRIBED AND SWORN TO BEFORE ME, by GARY HARPER, on this
22 day of ____Nov_____, 2004.

*Vicki R. Bryant*

Notary Public, State of Oklahoma

EXP 4-19-06