May 1, 2004

To whom it may concern,

My name is Mack Booth. I was employed by Lowe-North Construction for several years as their project superintendent and onsite representative for the installation of over 50 prefabricated buildings at various National Weather Service offices around the country.

In March of 2002 I was sent to the Brownsville, Texas N.W.S Forecast Office to prepare for and install a TPMS building. As Lowe-North's superintendent onsite, I ordered a 175 ton crane from Mobile Crane Service Inc. for this specific job.

On 3-27-02 Mobile Crane Service arrived onsite with their crane, operator and rigger to set the building on our concrete foundation. When the crane was rigged up and ready to set the building, I told the crane operator that "I would guide him over the conduit stubups when he was approximately 18 inches over the foundation." In broken English, the operator assured me that he knew what I had said. As the building was getting near the foundation the crane started to tip over. As this happened, the operator lowered the building down in a frantic motion causing the conduit stubups to penetrate the building floor. Then the operator in a panicked condition tried to pick up the building causing it to be dragged across the foundation and conduits, causing further damage to the foundation and building.

This all happened as a result of the crane company using a 115 ton crane instead of the 175 ton crane that I had ordered. Prior to the crane operator dropping the building, no one informed me of Mobile Crane's decision to send a different crane and no one told me that the crane sent was only a 115 ton. After the accident the crane operator acknowledged that Mobile Crane had knowingly substituted a 115 ton crane instead of the 175 ton model.

Dave Bruggeman of Cascade Summit Electric was sent by Lowe-North Construction to the Brownsville N.W.S. office specifically to complete the electrical terminations and tests associated with the project. Dave Bruggeman did not in any way direct, instruct, gesture or say anything to the crane operator that could have caused this accident.

The decisions and actions that caused the crane to risk tipping and the building to be damaged were made entirely by Mobile Crane Service, Inc. I was the Lowe-North representative. To this I swear under oath on this day May, 5 2004

*Mack Eugene Booth* 5-5-04
Mack Eugene Booth
35277 West 123rd St.
Rayville, MO 64084

Notary Public in and for the State of ~~Missouri~~ Kansas

My Commission Expires: 1-5-2006


NOTARY PUBLIC - State of Kansas
KATHLEEN EMMERICH
My Appt Exp 1-5-2006

EXHIBIT
"B"