IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, )(<br>as Subrogee of LOWE-NORTH )(<br>CONSTRUCTION )(<br>)(<br>vs. )(<br>)(<br>MOBILE CRANE SERVICE, INC., JESUS )(<br>FRANCISCO AVALOS, RS INFORMATION )(<br>SYSTEMS, INC., and DAVE BRUGGEMANN,)(<br>Individually and d/b/a CASCADE )(<br>SUMMIT ELECTRIC )(<br>)(<br>vs. )(<br>)(<br>UNITED STATES OF AMERICA and the )(<br>DEPARTMENT OF COMMERCE, NATIONAL )(<br>OCEANIC AND ATMOSPHERIC )(<br>ADMINISTRATION )( | C. A. NO. B-04-091 |

---

ORAL AND VIDEOTAPED DEPOSITION OF
SERGIO ZAMORA
OCTOBER 12, 2004

---

ORAL AND VIDEOTAPED DEPOSITION OF Sergio Zamora,

produced as a witness duly sworn by me at the instance of the

defendant RS Information Systems, taken in the above-styled

and numbered cause on October 12, 2004, before THURMAN J.

MOODY, Certified Shorthand Reporter No. 2861 in and for the

state of Texas, at the offices of Skaggs & Gonzalez, 710

Laurel, McAllen, Texas, pursuant to the Federal Rules of Civil

Procedure.



COPY

AMBASSADOR LEGAL SERVICES, L.L.C.
25B Vreeland Road, Suite 301
Florham Park, New Jersey 07932

15:48   1          Q.   If you will, sir, wait for the interpreter to finish
15:48   2   interpreting before you answer.
15:48   3          A.   Yes, I'm sorry.  I'm sorry.  I'm sorry.
15:48   4          Q.   And what type of paperwork is it that you're looking
15:48   5   at?
15:48   6          A.   Well, I don't see them.  The one who sees them is the
15:48   7   operator and he tells us how much it weighs and then we need
15:49   8   to know what it is that we're going to use for that.
15:49   9          Q.   So are there different types of riggings that you use
15:49   10  depending on the weight of the object?
15:49   11         A.   Uh-huh.  Yes.
15:49   12         Q.   What type of rigging do you use for an object that
15:49   13  weighs fifty-eight thousand pounds?
15:49   14         A.   It depends, the length, the distance, you can use
15:49   15  one-inch cables twenty foot long.  You have to use spreader
15:50   16  bars so that the load doesn't get damaged.
15:50   17         Q.   Who makes the decision on what size cable and what
15:50   18  size spreader bars you're going to use on a load?
15:50   19         A.   The operator.  It has to be the operator.
15:50   20         Q.   Is it fair to say that the operator is in control
15:50   21  each time that you're going to make a lift?
15:50   22         A.   Exactly.  It should be the operator, but there's two
15:50   23  of us, you see, two people.
15:50   24         Q.   One is the operator, one is the rigger?
15:50   25         A.   Yes.

15:55   1       A.    Yes.

15:55   2       Q.    You might give him signals like he needs to extend

15:55   3   the boom?

15:56   4       A.    Yes.   Yes.

15:56   5       Q.    Or he might need to lower or raise the angle of the

15:56   6   boom?

15:56   7       A.    Yes.

15:56   8       Q.    And you might give him signals that he needs to raise

15:56   9   or lower the load?

15:56   10      A.    Correct.

15:56   11      Q.    On this particular job that you and I are here on

15:56   12   today, did you give any signals to Frank Avalos?

15:56   13      A.    Here I don't remember I did any, no.

15:56   14      Q.    Why do you think you didn't give any signals?  Did

15:56   15   Frank tell you they weren't needed or did you decide they were

15:56   16   not needed?  Why did you not give him any signals?

15:56   17      A.    It wasn't necessary because he talked to the foremen

15:57   18   who were there for them to grab hold of the load, the little

15:57 . 19   house, and to place it over there.

15:57   20      Q.    Were the foremen speaking in Spanish?

15:57   21      A.    No.

15:57   22      Q.    So it's fair to say you don't know what they were

15:57   23   saying to Frank?

15:57   24      A.    No, I didn't know.

15:57   25      Q.    But you say that you saw some men talking with Frank

15:57  1  Avalos?

15:57  2      A.    Yeah.

15:57  3      Q.    Did Frank Avalos ever tell you what he thought they

15:57  4  were saying to him?

15:58  5      A.    He told me that they talked to him for him to place

15:58  6  the little house over there because they didn't want it to be

15:58  7  placed on the ground.

15:58  8      Q.    And Frank told you this after the accident occurred,

15:58  9  correct?

15:58  10      A.    Yes.

15:58  11      Q.    So prior to the accident occurring, other than seeing

15:58  12  the gentlemen talking, you don't know what was said between

15:58  13  Frank and the foremen?

15:58  14      A.    No.  They were speaking in English.

15:58  15      Q.    So the only knowledge that you have about the

15:58  16  discussions between Frank and the foremen came from Frank

15:59  17  telling you after the accident?

15:59  18      A.    After the accident, that's right.

15:59  19      Q.    You witnessed or did you see the house, as you called

15:59  20  it, drop to the ground?

15:59  21      A.    That if I saw it?

15:59  22      Q.    Did you see it fall?

15:59  23      A.    When he was bringing it down like this or low like

15:59  24  this, that's when it went down.

15:59  25      Q.    So the answer to my question is you did see it drop?

16:01  1     Q.   When the house dropped, how fast did it drop?

16:02  2     A.   It went slowly.

16:02  3     Q.   How high was it being held above the ground before it

16:02  4  was dropped?

16:02  5     A.   Maybe about three or four feet.

16:02  6     Q.   Did you see the crane -- any of the legs of the crane

16:02  7  come off the ground?

16:02  8     A.   No.

16:02  9     Q.   Did Frank tell you that any of the legs of the crane

16:02  10  came off the ground?

16:02  11     A.   No.

16:02  12     Q.   Do you know how to write in English?

16:02  13     A.   No.

16:03  14     Q.   I'm going to hand you what's been marked as Exhibit

16:03  15  29 to your deposition.

16:03  16          Would you look at that document and tell me if

16:03  17  you have ever seen it before?

16:03  18     A.   Yes, this is the -- we made a report ourselves.

16:03  19     Q.   Who made a report?

16:03  20     A.   What we did.  You see, whenever there's an accident,

16:03  21  we make a report.

16:03  22     Q.   Who asked you to make a report?

16:03  23     A.   Well, when we're there, the boss.

16:03  24     Q.   And who is the boss?

16:03  25     A.   Mr. Shawn.  Jimmie.

16:08  1     A.   At this one, yes.

16:08  2     Q.   So did you know the names of the people that you say

16:08  3  were talking to Frank?

16:08  4     A.   No, they're here, because -- I don't know them.  This

16:08  5  is what we signed.

16:08  6     Q.   Okay.  So somebody gave you those names?

16:08  7     A.   Well, every time we go somewhere we don't write the

16:08  8  names down, you know.

16:08  9     Q.   And I understand that, I just want to -- I'm trying

16:09  10  to figure out how they got in your statement.  Somebody gave

16:09  11  them to you?

16:09  12     A.   No.  No.

16:09  13     Q.   Then how did they get in that statement?

16:09  14     A.   Because we did this job, you see, this is a job we

16:09  15  went to do in Brownsville.

16:09  16     Q.   Right.  And I understand that.

16:09  17     A.   Uh-huh.

16:09  18     Q.   And you told me that you didn't write down the names

16:09  19  of the guys at the job site?

16:09  20     A.   No.

16:09  21     Q.   And you didn't remember what their names were?

16:09  22     A.   No.

16:09  23     Q.   Then how did they end up on this sheet of paper?

16:09  24     A.   I imagine because of the accident.

16:09  25     Q.   Do you think some lawyers put that in there or

16:09   1   someone from the company put that in there?

16:10   2   A.   Well, I don't know because -- no, I couldn't know

16:10   3   what.

16:10   4   Q.   Okay.  But just so I'm clear, you, Sergio Zamora, did

16:10   5   not put Mac, Gary and Dave into this statement?

16:10   6   A.   I didn't put them down?

16:10   7   Q.   Correct.

16:10   8   A.   No, I didn't.

16:10   9   Q.   Okay.  And your -- in this statement it says that the

16:10   10   men would not let Frank and me do the way we wanted to -- do

16:10   11   it the way we wanted to.

16:11   12   THE INTERPRETER:  I'm sorry, sir.

16:11   13   MR. MASK:  The statement is the men would not

16:11   14   let Frank and me do it the way we wanted to.

16:11   15   A.   Yes, that's what it says there, yes.

16:11   16   Q.   (By Mr. Mask:)  Okay.  But the men at the job didn't

16:11   17   speak Spanish, did they?

16:11   18   A.   No.

16:11   19   Q.   So they didn't actually talk to you, did they?

16:11   20   A.   They talked to Frank.

16:11   21   Q.   Okay.  And, once again, Frank was in charge --

16:11   22   between the two of you, Frank was in charge at the job site?

16:11   23   A.   Yes.

16:11   24   Q.   And other than Frank telling you that they told him

16:11   25   how to move the building, you don't have any other knowledge

16:12 1    about what they told him?

16:12 2        A.   That's right.  That's right.

16:12 3        Q.   Do you think if Frank -- if Frank thought he couldn't

16:12 4    move the building without dropping it, that he should have

16:12 5    stopped the operation?

16:12 6            MS. LARANCE:  Objection.  Calls for speculation.

16:12 7            MR. MASK:  He can still answer.

16:12 8            MS. LARANCE:  Continue.

16:12 9        A.   Who would have stopped it, me?

16:12 10       Q.   (By Mr. Mask:)  No, that's not my question.

16:12 11       A.   Or Frank?

16:12 12       Q.   Yes.

16:12 13       A.   He would have stopped it.

16:13 14       Q.   If you felt that the job was going the wrong way and

16:13 15   it was going to be dropped, would you have signaled to Frank

16:13 16   or told him to stop?

16:13 17       A.   I have the right to stop him.

16:13 18       Q.   Right.  And if you felt that the job was not being

16:13 19   done properly, you would let him know that he needs to stop?

16:13 20       A.   I could have done it, yes.

16:13 21       Q.   And you didn't do it on this job, did you?

16:13 22       A.   No, because the orders, I imagine those guys gave

16:13 23   Frank the order.

16:13 24       Q.   But again you didn't know because you didn't hear?

16:13 25       A.   Yes.

AMBASSADOR LEGAL SERVICES, L.L.C.
25B Vreeland Road, Suite 301
Florham Park, New Jersey 07932

16:21  1        A.   Yes.  Well, yeah.

16:21  2        Q.   So I don't know who you were talking about when you

16:22  3   use the term management.  That's what I'm trying the find out.

16:22  4        A.   Well, manager, because all they gave the order was to

16:22  5   grab hold of the load and put it over there because, you see,

16:22  6   if I were to talk to them, we wouldn't understand each other.

16:22  7        Q.   In your statement it says Frank told them he wanted

16:22  8   to put the building on the floor so he could move the crane

16:22  9   further back.  They did not want to.

16:23 10        A.   Yes.  That's right.

16:23 11        Q.   How do you know they didn't want to?

16:23 12        A.   Because Frank told me and then they took the truck

16:23 13   out and they didn't want him to put it on the ground anymore.

16:23 14        Q.   And what I'm saying is how did you, Sergio Zamora,

16:23 15   know that the foreman at the job didn't want him to put it

16:23 16   down?

16:23 17        A.   Because once the accident happened, they told him

16:23 18   that he had been told by them that they didn't want him to put

16:23 19   it on the ground.

16:23 20        Q.   So you don't have any personal knowledge of what the

16:23 21   foreman was saying to Frank Avalos?

16:23 22        A.   No.

16:24 23             MR. MASK:  Okay.  Ken, I'm going to let you --

16:24 24   (No Omissions.)

      25

16:48 1      Q.   Do the riggers, mechanics and crane operators all
16:48 2 attend these safety meetings?
16:48 3      A.   Everybody.  Everybody.
16:48 4      Q.   Have you ever attended a safety meeting at Mobile
16:48 5 Crane where it was said that the operator of the crane is the
16:48 6 man in charge?
16:48 7      A.   That's right.  And us riggers also have the right if
16:48 8 we see something wrong to stop the job.
16:48 9      Q.   Correct.  But the ultimate person who has control of
16:49 10 over whether a lift is made is the operator?
16:49 11     A.   Exactly.
16:49 12     Q.   And if the -- and you have been taught at your safety
16:49 13 meetings at Mobile Crane if the operator cannot make the lift
16:49 14 safely, he should not make the lift?
16:49 15     A.   He shouldn't, and then somebody calls the office and
16:49 16 for us to leave that job, we can't do it.
16:49 17     Q.   Right.  If someone tries to get --
16:49 18          That's what you're taught at Mobile Crane?
16:49 19     A.   Yes.  That's the way it should be, yes.
16:49 20     Q.   And that's the way it's always been as long as you
16:49 21 worked at Mobile Crane?
16:49 22     A.   Yes.  We should not lift what we shouldn't.
16:49 23     Q.   Right.  If someone asked you -- excuse me.
16:50 24          It another person asks a Mobile Crane operator
16:50 25 to do something that's unsafe, it's Mobile Crane's policy to

AMBASSADOR LEGAL SERVICES, L.L.C.
25B Vreeland Road, Suite 301
Florham Park, New Jersey 07932

16:50  1    say no?

16:50  2        A.   If it's heavy, no.

16:50  3        Q.   That's what you're taught by Mobile Crane?

16:50  4        A.   Or you ask for another crane and/or a bigger one in

16:50  5    case, you know, so we can do it.

16:50  6        Q.   Sure.  But you're taught not to lift or do a lift no

16:50  7    matter who asks you or who tells you to do it if the operator

16:50  8    doesn't think it can be done safely?

16:50  9        A.   Yeah.  You have to call the dispatcher and call in a

16:51  10   bigger crane in order to be able to do that.

16:51  11               MR. IRWIN:  Sure.  All right.  That's all the

16:51  12   questions I have.

16:51  13                       FURTHER EXAMINATION

16:51  14   BY MR. MASK:

16:51  15       Q.   Would you look at Exhibit 24.

16:51  16       A.   Yes.

16:51  17       Q.   Can you see that it looks like a rock was placed

16:51  18   underneath one of the wheels?

16:51  19       A.   No, that's a pad.

16:51  20       Q.   And what kind of pad is that?

16:51  21       A.   The ones we use for the outriggers.

16:51  22       Q.   So that's something you put underneath the wheel?

16:51  23       A.   No, since it was soft down there, or not even, I

16:51  24   imagine that's why it was put over there.

16:52  25       Q.   Who put that pad underneath the wheel?