IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, )( <br> as Subrogee of LOWE-NORTH )( <br> CONSTRUCTION )( <br> vs. )( <br> MOBILE CRANE SERVICE, INC., JESUS )( <br> FRANCISCO AVALOS, RS INFORMATION )( <br> SYSTEMS, INC., and DAVE BRUGGEMANN,)( <br> Individually and d/b/a CASCADE )( <br> SUMMIT ELECTRIC )( <br> vs. )( <br> UNITED STATES OF AMERICA and the )( <br> DEPARTMENT OF COMMERCE, NATIONAL )( <br> OCEANIC AND ATMOSPHERIC )( <br> ADMINISTRATION )( | C. A. NO. B-04-091 |

ORAL AND VIDEOTAPED DEPOSITION OF
ROBERT CORREA
OCTOBER 12, 2004

ORAL AND VIDEOTAPED DEPOSITION OF Robert Correa, produced as a witness duly sworn by me at the instance of the defendant RS Information Systems, taken in the above-styled and numbered cause on October 12, 2004, before THURMAN J. MOODY, Certified Shorthand Reporter No. 2861 in and for the state of Texas, at the offices of Skaggs & Gonzalez, 710 Laurel, McAllen, Texas, pursuant to the Federal Rules of Civil Procedure.



AMBASSADOR LEGAL SERVICES, L.L.C.
25B Vreeland Road, Suite 301
Florham Park, New Jersey 07932

| | | |
|---|---|---|
| 14:29 | 1 | happened? |
| 14:29 | 2 | A. I wasn't at the job site. |
| 14:29 | 3 | Q. And I understand that, but in these cases all the |
| 14:29 | 4 | time we hire expert witnesses that weren't there and they go |
| 14:29 | 5 | out and they look around and they end up going, you know what, |
| 14:29 | 6 | I think, I think this is what happened, in my opinion that's |
| 14:30 | 7 | what happened. |
| 14:30 | 8 | And what I want to know is are you -- do you |
| 14:30 | 9 | have any opinions about what happened? |
| 14:30 | 10 | A. I was not close enough. |
| 14:30 | 11 | Q. Okay. |
| 14:30 | 12 | A. He was not close enough. |
| 14:30 | 13 | Q. You think that Frank didn't position the crane close |
| 14:30 | 14 | enough to the final destination? |
| 14:30 | 15 | A. Possibly. |
| 14:30 | 16 | Q. So that's one possible issue. Any other possible |
| 14:30 | 17 | issues or causes of the accident? |
| 14:30 | 18 | A. Basically that's it, reposition the crane. |
| 14:30 | 19 | Q. Okay. Did you talk to Bill Hunter about it? |
| 14:30 | 20 | A. After the incident? |
| 14:30 | 21 | Q. Yes. |
| 14:30 | 22 | A. We discussed it, you know, and I showed him the |
| 14:30 | 23 | report. |
| 14:30 | 24 | Q. And what did he say? |
| 14:31 | 25 | A. Well, basically because the report is basically sent |

| | | |
|---|---|---|
| 14:58 | 1 | Q. No, I'm talking about teaching him about how to |
| 14:58 | 2 | operate the crane, sir. I'm talking about teaching him about |
| 14:58 | 3 | the procedure for operating the crane. |
| 14:58 | 4 | A. Right. |
| 14:58 | 5 | Q. And the procedure that you have taught Frank Avalos |
| 14:58 | 6 | is that he is the ultimate in-charge person when it deals with |
| 14:58 | 7 | operating his crane? |
| 14:58 | 8 | A. Correct. |
| 14:58 | 9 | Q. No one else can tell him to do something that's |
| 14:58 | 10 | unsafe? |
| 14:58 | 11 | A. Correct. |
| 14:58 | 12 | Q. If he thinks that anyone is telling him to do |
| 14:58 | 13 | something that's unsafe, he has to say no? |
| 14:58 | 14 | A. Correct. |
| 14:58 | 15 | Q. And that's something that you all taught your |
| 14:58 | 16 | operators before this accident happened? |
| 14:58 | 17 | A. Correct. |
| 14:58 | 18 | Q. And that's something that you continue to teach them |
| 14:58 | 19 | after this accident happened? |
| 14:58 | 20 | A. Correct. |
| 14:58 | 21 | Q. Also you all taught your operators, including Frank |
| 14:58 | 22 | Avalos, that they should not do anything unsafe in the |
| 14:58 | 23 | operation of their cranes, correct? |
| 14:58 | 24 | A. Correct. |
| 14:59 | 25 | Q. And if I heard your earlier testimony, in your |

AMBASSADOR LEGAL SERVICES, L.L.C.
25B Vreeland Road, Suite 301
Florham Park, New Jersey 07932

| | | |
|---|---|---|
| 15:00 | 1 | Q. From Frank? |
| 15:00 | 2 | A. Yes, sir. |
| 15:00 | 3 | Q. Okay. If that actually happened, and Frank felt like |
| 15:00 | 4 | that made the lift unsafe, what was Mobile Crane's procedure |
| 15:00 | 5 | or policy at that point? What should he have done? |
| 15:00 | 6 | A. He should have called management. |
| 15:00 | 7 | Q. And under no circumstances do the lift, correct? |
| 15:00 | 8 | A. Correct. |
| 15:01 | 9 | Q. Other than safety manuals, or I think you call the |
| 15:01 | 10 | safety policy manual -- |
| 15:01 | 11 | By the way, do you have a copy of the edition |
| 15:01 | 12 | that was in force and effect on March of 2002? |
| 15:01 | 13 | A. I believe so. |
| 15:01 | 14 | Q. And how many editions have been generated since that |
| 15:01 | 15 | time? |
| 15:01 | 16 | A. One, to my knowledge. |
| 15:01 | 17 | Q. I assume that you have a copy of the new edition |
| 15:01 | 18 | also, correct? |
| 15:01 | 19 | A. Correct. |
| 15:01 | 20 | Q. Other than the safety policy manuals, what other |
| 15:01 | 21 | documents does Mobile Crane generate which deal with or |
| 15:02 | 22 | discuss the proper operation of cranes? |
| 15:02 | 23 | A. We have the crane manuals. |
| 15:02 | 24 | Q. Have you read the crane manual? |
| 15:02 | 25 | A. No, sir. |

| | | |
|---|---|---|
| 15:08 | 1 | A. Correct. |
| 15:08 | 2 | Q. So Frank Avalos would have known exactly what it was |
| 15:08 | 3 | before he tried to complete this lift? |
| 15:08 | 4 | A. That's right. |
| 15:08 | 5 | Q. Now, I kind of got the feeling that you were blaming |
| 15:09 | 6 | or possibly trying to place blame on other people out there at |
| 15:09 | 7 | the site. |
| 15:09 | 8 | A. I wasn't there. |
| 15:09 | 9 | Q. Okay. I understand that, but in your report it seems |
| 15:09 | 10 | like you're trying to place blame on other people. |
| 15:09 | 11 | A. Information given to me. |
| 15:09 | 12 | Q. But even with that information, even if it's all |
| 15:09 | 13 | true, the operator is the one that's in control of the lift, |
| 15:09 | 14 | correct? |
| 15:09 | 15 | A. That's correct. |
| 15:09 | 16 | Q. The operator has the ultimate obligation to only lift |
| 15:09 | 17 | when it's safe? |
| 15:09 | 18 | A. Correct. |
| 15:09 | 19 | Q. And if he has any doubts if he can do a safe lift, |
| 15:09 | 20 | he's not supposed to do the lift? |
| 15:09 | 21 | A. Correct. |
| 15:09 | 22 | Q. Just so the record is clear, Lowe-North requested a |
| 15:09 | 23 | much larger crane than was actually sent out to them? |
| 15:09 | 24 | A. Correct. |
| 15:09 | 25 | Q. And in your opinion, based upon your understanding of |