

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, As Subrogee of LOWE-NORTH CONSTRUCTION<br>Plaintiff, | § § § § § | |
| vs. | § § | C.A. NO. B-04-091 |
| MOBILE CRANE SERVICE, INC.,*<br>JESUS FRANCISCO AVALOS,<br>RS INFORMATION SYSTEMS, INC.,<br>AND DAVE BRUGGEMANN,<br>INDIVIDUALLY AND d/b/a CASCADE SUMMIT ELECTRIC<br>Defendants/Third Party Plaintiff*, | § § § § § § § | |
| vs. | § § | |
| RS INFORMATION SYSTEMS, INC.<br>and CASCADE SUMMIT ELECTRIC,<br>Third Party Defendants, | § § § | |
| vs. | § § | |
| UNITED STATES OF AMERICA and THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION,<br>Interested Parties. | § § § § § | |

### ORDER GRANTING RS INFORMATION SYSTEMS, INC.'S MOTION FOR SUMMARY JUDGMENT

**BE IT REMEMBERED** that on the date of the signing of this Order, came on for consideration the Motion for Summary Judgment filed by Defendant **RS INFORMATION SYSTEMS, INC.**

**AND THE COURT**, having considered the pleadings on file herein, evidence, and arguments of counsel, is of the opinion that said motion should be **GRANTED**;

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Motion for Summary Judgment filed by Defendant/Third-Party Defendant **RS INFORMATION SYSTEMS, INC.**, is hereby **GRANTED**, and that Plaintiff ZURICH AMERICAN INSURANCE COMPANY, as Subrogee of LOWE-NORTH CONSTRUCTION and Third-Party Plaintiff MOBILE CRANE SERVICE, INC. take nothing against Defendant/Third-Party Defendant **RS INFORMATION SYSTEMS, INC.** and Plaintiff ZURICH AMERICAN INSURANCE COMPANY, as Subrogee of LOWE-NORTH CONSTRUCTION and Third-Party Plaintiff MOBILE CRANE SERVICE, INC.'s claims against Defendant **RS INFORMATION SYSTEMS, INC.** are dismissed with prejudice as to filing of same.

**SIGNED FOR ENTRY** on this the _____ day of _____, 2004.

_____
**UNITED STATES DISTRICT JUDGE**