UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED FILED

NOV 3 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION | § § § § | |
| V. | § § | |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC., AND DAVE BRUGGEMAN, INDIVIDUALLY and d/b/a CASCADE SUMMIT ELECTRIC | § § § § § § § | C.A. NO. B-04-091 |
| V. | § § | |
| UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION | § § § § § § | |

**DEFENDANT/THIRD PARTY PLAINTIFF MOBILE CRANE SERVICES, INC'S SECOND MOTION FOR CONTINUANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now, Defendant/ Third Party Plaintiff Mobile Crane Services, Inc. and files this Second Motion for Continuance for Its' Response to Defendant/Third Party Defendant Dave Bruggeman, Individually and d/b/a Cascade Summit Electric's Motion for Summary Judgment and respectfully shows the following:

I.

Defendant Mobile moves for a continuance pursuant to Federal Rule of Civil Procedure 56(f). Additional time is needed to locate Frank Avalos so that his deposition may be taken or he

1

may sign an affidavit. Defendant Mobile Crane has hired an investigator to locate Mr. Avalos. Such investigator was hired promptly after the Court granted the previous continuance. Though the investigator has been diligent, he has not yet found Mr. Avalos. Within the last week he has found various possible addresses for Mr. Avalos. The investigator requires additional time to see if Mr. Avalos is at any of these locations. Therefore, Defendant Mobile Crane requests a brief extension to continue its efforts to locate Mr. Avalos.

Additionally, time is needed to take the deposition of Defendant Bruggeman and Mack Booth. All parties have been actively working on this suit since the last extension was granted. There have been four depositions and an inspection in Minden, Louisiana. Defendant Mobile Crane still has not taken the deposition of Defendant Bruggeman and Mack Booth and requests additional time to be permitted to do so.

II.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, the undersigned prays that the Motion for Summary Judgment be denied. Further, Defendant Mobile Crane Services, Inc. prays that its Motion for Continuance be granted. Defendant Mobile Crane Services, Inc. also prays for general relief.

Respectfully Submitted,

*Lynse Guerra* (signature)

Lynse Larance Guerra
State Bar No. 24032533
Federal I.D. No.31319
P.O. Drawer 2285
710 Laurel
McAllen, Texas 78502-2285
Phone (956) 687-8203
Fax (956) 630-6570
ATTORNEY IN CHARGE
DEFENDANT MOBILE CRANE
SERVICES, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been either delivered or mailed to the following attorneys of record, or parties on this the 30th day of November, 2004:

Melissa Murrah
Ken Irwin
KELLY, SMITH AND MURRAH
4305 Yoakum Blvd.
Houston, Texas 77006
Via Facsimile

Nancy Lynn Masso
Office of the US Attorney
600 E. Harrison, Suite 201
Brownsville, TX 78520
Via Facsimile

Jody Ray Mask
THORNTON SUMMERS
418 E. Dove Ave
McAllen, TX 78504
Via Facsimile

Will Pierson
ROYSTON RAYZOR
606 N. Carancahua, Suite 1700
Corpus Christi, TX 78476
Via Facsimile

Lynse L. Guerra

## CERTIFICATE OF CONFERENCE

I the undersigned acknowledge that I have consulted with the counsel listed below regarding the motion for continuance and their response is indicated.

Will Pierson and he is opposed.

Ken Irwin could not be reached.

Nancy Masso could not be reached.

Jody Ray Mask could not be reached.

Lynse L. Guerra