**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION § § § § § V. § § MOBILE CRANE SERVICE, INC., JESUS § FRANCISCO AVALOS, RS INFORMATION § SYSTEMS, INC., AND DAVE § BRUGGEMAN, INDIVIDUALLY and d/b/a § CASCADE SUMMIT ELECTRIC § § § V. § § UNITED STATES OF AMERICA AND THE § DEPARTMENT OF COMMERCE § NATIONAL OCEANIC AND § ATMOSPHERIC ADMINISTRATION § | C.A. NO. B-04-091 |

---

**ORDER GRANTING DEFENDANT MOBILE'S**
**UNOPPOSED MOTION FOR CONTINUANCE**

---

On this date came on for consideration Defendants's Motion for Continuance.

Such Motion is Granted. Defendant Mobile has until _____, \_\_\_\_\_ to amend or supplement its response to Defendant Dave Bruggeman, Individually and d/b/a Cascade Summit Electric's Motion for Summary Judgment.

Signed on this _____ day of _____, 2004.

_____
JUDGE PRESIDING

7