IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED

DEC 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION | § § § § | |
| vs. | § | CIV. NO. B-04-091 |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO ALVAROS, RS INFORMATION SYSTEMS, INC., AND DAVE BRUGGEMAN, INDIVIDUALLY and d/b/a CASCADE SUMMIT ELECTRIC | § § § § § § § § | |
| vs. | § | |
| UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION | § § § § | |

**ORDER**

Defendant/Third Party Plaintiff Mobile Crane Services, Inc. ("Mobile Crane") filed a Motion for Continuance with respect to filing a response to Defendant/Third Party Dave Bruggeman, Individually and d/b/a Cascade Summit Electric's Motion for Summary Judgment (docket number 38). The Court **GRANTS** Mobile Crane's motion. Mobile Crane has until December 23, 2004, to file a response. No further extension will be granted by this Court.

Signed in Brownsville, Texas, the 1st day of December, 2004.

Andrew S. Hanen
United States District Judge