## AFFIDAVIT

THE STATE OF TEXAS       )
                         )
COUNTY OF HIDALGO        )

On this day, Lynse L. Guerra appeared before me, the undersigned notary public. After I administered an oath to her, upon her oath, she said:

1. "My name is Lynse L. Guerra. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. The evidence attached to this Motion for Summary Judgment are true, accurate and authenticated copies of the originals."

                                           Lynse L. Guerra

SWORN TO AND SUBSCRIBED before me by Lynse L. Guerra on this the 9th day of December, 2004, to certify which witness my hand and seal of office.

CHERYL OYAMA
Notary Public
STATE OF TEXAS
My Comm. Exp. 06-26-2005

Notary Public in and for the
State of Texas
My commission expires: 6/26/05

**MOBILE EXHIBIT**
**F**