UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION | § § § § | |
| V. | § § | |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC., AND DAVE BRUGGEMAN, INDIVIDUALLY and d/b/a CASCADE SUMMIT ELECTRIC | § § § § § § § | C.A. NO. B-04-091 |
| V. | § § | |
| UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION | § § § § § | |

ORDER SETTING HEARING ON MOTION FOR CONTINUANCE FOR DEFENDANT MOBILE CRANE'S RESPONSE TO DEFENDANT RS INFORMATION SYSTEM, INC.'S MOTION FOR SUMMARY JUDGMENT

The above reference motion is set to be considered by this Court on the

_____ day of _____, 2004 at ___:___ _.m. in the courtroom of Judge Andrew Hanen,

Brownsville Federal Court House, 600 E. Harrison, Brownsville, Texas.

Signed on this _____ day of _____, 2004.


                                                    _____
                                                    Judge Presiding

cc:   Lynse Larance
      Ken Irwin
      Jody Ray Mask
      Nancy Masso
      Will Pierson

8