UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION § § § § <br><br> V. § § <br><br> MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC., AND DAVE BRUGGEMAN, INDIVIDUALLY and d/b/a CASCADE SUMMIT ELECTRIC § § § § § § <br><br> V. § § <br><br> UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION § § § § § | C.A. NO. B-04-091 |

**ORDER GRANTING DEFENDANT MOBILE'S MOTION FOR CONTINUANCE TO RESPOND TO DEFENDANT RS INFORMATION SYSTEM, INC'S MOTION FOR SUMMARY JUDGMENT**

On this date came on for consideration Defendant Mobile's Motion for Continuance.

Such Motion is Granted. Defendant Mobile has until _____, _____ to amend or supplement its response to Defendant RS Information System, Inc.'s Motion for Summary Judgment.

Signed on this _____ day of _____, 2004.

_____
JUDGE PRESIDING

9