**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION | § § § § | |
| V. | § § | |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC., AND DAVE BRUGGEMAN, INDIVIDUALLY and d/b/a CASCADE SUMMIT ELECTRIC | § § § § § § § | C.A. NO. B-04-091 |
| V. | § § | |
| UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION | § § § § § | |

---

**ORDER GRANTING DEFENDANT MOBILE'S**
**MOTION FOR CONTINUANCE TO RESPOND TO DEFENDANT RS INFORMATION**
**SYSTEM, INC'S MOTION FOR SUMMARY JUDGMENT**

---

On this date came on for consideration Defendant Mobile's Motion for Continuance.

Such Motion is Granted. Defendant Mobile has until _____, _____ to amend or supplement its response to Defendant RS Information System, Inc.'s Motion for Summary Judgment.

Signed on this _____ day of _____, 2004.

_____
JUDGE PRESIDING

9