**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ZURICH AMERICAN INSURANCE** | § | |
| **COMPANY, As Subrogee of** | § | |
| **LOWE-NORTH CONSTRUCTION** | § | |
| | § | |
| **VS.** | § | **C.A. NO. B-04-091** |
| | § | |
| **MOBILE CRANE SERVICE, INC.,** | § | |
| **JESUS FRANCISCO AVALOS, RS** | § | |
| **INFORMATION SYSTEMS, INC AND** | § | |
| **DAVE BRUGGEMANN, INDIVIDUALLY,** | § | |
| **AND d/b/a CASCADE SUMMIT ELECTRIC** | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **UNITED STATES OF AMERICA AND THE** | § | |
| **DEPARTMENT OF COMMERCE, NATIONAL** | § | |
| **OCEANIC AND ATMOSPHERIC** | § | |
| **ADMINISTRATION** | § | |

<u>**PLAINTIFF'S FIRST MOTION FOR CONTINUANCE OF EXPERT DESIGNATION
DEADLINES**</u>

TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, Plaintiff, Zurich American Insurance Company as subrogee of Lowe-North

Construction and files this its' first motion for continuance of the parties' deadlines for

designation of experts and production of expert reports, and would respectfully show the

following:

Plaintiff's expert witness designation deadline is currently set for December 15, 2004.

Defendants and Third Party Defendants' expert witness deadlines are currently set for January

14, 2005. Counsel for all parties except Will Pierson, counsel for Dave Bruggeman, individually

and doing business as Cascade Summit Electric have reached an agreement, pending Court

approval, to move Plaintiff's expert deadline to January 14, 2005, and move all other parties' expert witness deadlines to February 15, 2005. Mr. Pierson is opposed to the motion.

The parties in this case have all been actively prosecuting this claim. The parties have scheduled and taken four depositions of fact witness including one deposition of a witness located in Washington, D.C. Written discovery has been exchanged and answered by the parties. An inspection of the subject UPS System in Minden, Louisiana was completed on November 19, 2004. Currently pending before the Court is the United States motion to dismiss. If granted, it is anticipated that this matter will be remanded to State District Court. Also pending before the court are two motions for summary judgment brought by the Third Party Defendants in this matter.

Additional time is needed to identify expert witness and allow them to evaluate recent information developed in the inspection primarily relating to issues involving the extent and value of damages.

<u>PRAYER</u>

WHEREFORE, PREMISES CONSIDERED, the Plaintiff, Zurich American Insurance Company as subrogee of Lowe-North Construction, prays that its Motion for Continuance be granted. Plaintiff further prays for general relief.

Respectfully submitted,

**KELLY, SMITH & MURRAH, P.C.**

/s/ Kenneth J. Irwin

_____

Kenneth J. Irwin
Federal Bar No. 14557
State Bar No. 10426950
4305 Yoakum Blvd.
Houston, Texas   77006
Phone: (713) 861-9900
Fax:    (713) 861-7100

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

I the undersigned acknowledge that I have consulted with the counsel listed below regarding the motion for continuance and their response is indicated.

Nancy Masso is not opposed to the motion.

Lynse L. Guerra is not opposed to the motion.

Jody Ray Mask is not opposed to the motion.

Will Pierson is **opposed** to the motion.

/s/ Kenneth J. Irwin

_____
Kenneth J. Irwin

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been provided to all attorneys of record,,on this the 14th day of December, 2004.

Nancy Lynn Masso
Office of the US Attorney
600 E. Harrison, Suite 201
Brownsville, TX  78520
(956)548-2549 Facsimile

Jody Ray Mask
Thornton Summers
418 E. Dove Ave
McAllen, TX 78504
(956)630-0189 Facsimile

Will Pierson
Royston Rayzor
606 N. Carancahua, Suite 1700
Corpus Christi, TX  78476
(361) 884-7261 Facsimile

Lynse Larance
710 Laurel
McAllen, Texas  78502
(956) 630-6570 Facsimile

/s/ Kenneth J. Irwin

_____
Kenneth J. Irwin

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ZURICH AMERICAN INSURANCE** | § | |
| **COMPANY, As Subrogee of** | § | |
| **LOWE-NORTH CONSTRUCTION** | § | |
| | § | |
| **VS.** | § | **C.A. NO. B-04-091** |
| | § | |
| **MOBILE CRANE SERVICE, INC.,** | § | |
| **JESUS FRANCISCO AVALOS, RS** | § | |
| **INFORMATION SYSTEMS, INC AND** | § | |
| **DAVE BRUGGEMANN, INDIVIDUALLY,** | § | |
| **AND d/b/a CASCADE SUMMIT ELECTRIC** | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **UNITED STATES OF AMERICA AND THE** | § | |
| **DEPARTMENT OF COMMERCE, NATIONAL** | § | |
| **OCEANIC AND ATMOSPHERIC** | § | |
| **ADMINISTRATION** | § | |

**ORDER GRANTING PLAINTIFF'S FIRST MOTION FOR CONTINUANCE OF**
**EXPERT DESIGNATION DEADLINES**

On this date came on for consideration Plaintiff's, Zurich American Insurance Company as Subrogee of Lowe-North Construction, motion for extension of the party's expert witness designation and production of expert witnesses' reports deadline.

Such Motion is Granted. Plaintiff's new deadline to designate experts and produce reports is January 14, 2005. All other parties' new deadline to designate experts and produce reports is February 15, 2005.

Signed on this _____ day of _____, 2004.


_____
Judge Presiding

*Page 1*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| **ZURICH AMERICAN INSURANCE** | § | |
| **COMPANY, As Subrogee of** | § | |
| **LOWE-NORTH CONSTRUCTION** | § | |
| | § | |
| **VS.** | § | **C.A. NO. B-04-091** |
| | § | |
| **MOBILE CRANE SERVICE, INC.,** | § | |
| **JESUS FRANCISCO AVALOS, RS** | § | |
| **INFORMATION SYSTEMS, INC AND** | § | |
| **DAVE BRUGGEMANN, INDIVIDUALLY,** | § | |
| **AND d/b/a CASCADE SUMMIT ELECTRIC** | § | |
| | § | |
| **VS.** | § | |
| | § | |
| **UNITED STATES OF AMERICA AND THE** | § | |
| **DEPARTMENT OF COMMERCE, NATIONAL** | § | |
| **OCEANIC AND ATMOSPHERIC** | § | |
| **ADMINISTRATION** | § | |

**ORDER SETTING HEARING ON PLAINTIFF'S FIRST MOTION FOR
CONTINUANCE OF EXPERT DESIGNATION DEADLINES**

The above reference motion is set to be considered by this Court on the _____ day of

_____, 2004 at ___:___ _.m. in the courtroom of Judge Andrew Hanen, Brownsiville Federal

Court House, 600 E. Harrison, Brownsville, Texas.

Singed on this _____ day of _____, 2004.

_____
Judge Presiding