UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 14 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION § § § § | |
| V. § § | |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO AVALOS, RS INFORMATION SYSTEMS, INC., AND DAVE BRUGGEMAN, INDIVIDUALLY and d/b/a CASCADE SUMMIT ELECTRIC § § § § § § § | C.A. NO. B-04-091 |
| V. § § | |
| UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION § § § § | |

**ORDER GRANTING DEFENDANT MOBILE'S
MOTION FOR CONTINUANCE TO RESPOND TO DEFENDANT RS INFORMATION
SYSTEM, INC'S MOTION FOR SUMMARY JUDGMENT**

On this date came on for consideration Defendant Mobile's Motion for Continuance, docket number 41. Such Motion is Granted. Defendant Mobile has until December 23, 2004 to amend or supplement its response to Defendant RS Information System, Inc.'s Motion for Summary Judgment.

Signed on this ___14th___ day of _December_, 2004.

_____
JUDGE PRESIDING

9