**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE § | | |
| COMPANY, As Subrogee of § | | |
| LOWE-NORTH CONSTRUCTION § | | |
| § | | |
| VS. § | C.A. NO. B-04-091 | |
| § | | |
| MOBILE CRANE SERVICE, INC., § | | |
| JESUS FRANCISCO AVALOS, RS § | | |
| INFORMATION SYSTEMS, INC AND § | | |
| DAVE BRUGGEMANN, INDIVIDUALLY, § | | |
| AND d/b/a CASCADE SUMMIT ELECTRIC § | | |

**ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NOTH
CONSTRUCTION'S EXPERT WITNESS DESIGNATION**

TO: Defendants, Mobile Crane Service, Inc. and Jesus Francisco Avalos, by and through their attorney of record, Lynse S. Larance, Skaggs & Gonzales, LLP, 710 Laurel, McAllen, Texas 78502-2285.

TO: Defendant/Third Party Defendant, RS Information Systems, Inc., by and through its attorney of record, Jody Ray Mask, Thornton, Summers, Biechlin, Dunham & Brown, L.C., 418 East Dove Avenue, McAllen, Texas 78504.

TO: Defendants/Third Party Defendant, Dave Bruggemann, Individually and d/b/a Cascade Summit Electric, by and through their attorney of record, Will W. Pierson, Royston, Rayzor, Vickery & Williams, L.L.P., 1700 Wilson Plaza West, 606 North Caranchua, Corpus Christi, Texas 78476.

TO: Third Party Defendant/Interested Party, United States of America, U.S Department of Commerce, and National Oceanic and Atmospheric Administration, by and through their attorney of record, Nancy L. Masso, Assistant United States Attorney, 600 East Harrison Street, Suite 201, Brownsville, Texas 78520.

Plaintiff, **ZURICH AMERICAN INSURANCE COMPANY**, files the following designation of expert witnesses.

## Non Retained Experts

**James C. Shawn, President**
**Mobile Crane Services, Inc.**
**807 E. Highway 83**
**Pharr, Texas 78577**
**956/787-7777**

**This individual is Defendant's corporate representative. It is believed he may have expert knowledge in the area of safe crane operations.**

**Lisa K. Armour, Contracts Administrator**
**Powerware**
**8609 Six Forks Road**
**Raleigh, North Carolina 27615-2966**
**919/713-3405**

**This individual has knowledge relating to the type of equipment being installed. And the Contracts between Powerware and The U.S. Department of Commerce, National Oceanic & Atmospheric Administration, and their contract with Lowe-North. This individual has knowledge of the damage done to the equipment being installed in the incident and the fact there is no secondary market for the equipment once it has been damaged and the value of the equipment before it was damaged**

**Jerry F. Pugh, Contracts Manager**
**Powerware**
**8609 Six Forks Road**
**Raleigh, North Carolina 27615-2966**
**919/713-3405**

**This individual has knowledge relating to the type of equipment being installed. And the Contracts between Powerware and The U.S. Department of Commerce, National Oceanic & Atmospheric Administration, and their contract with Lowe-North. This individual has knowledge of the damage done to the equipment being installed in the incident and the fact there is no secondary market for the equipment once it has been damaged**

## Retained Experts

**John Earnheart**
**MGE UPS Systems**
**Field Services Engineer, Team Leader in Houston**
**13415 Blackbird Dr.**
**Cypress, Texas 77429**
**713-874-0204**

This individual has both factual and expert knowledge relating to the damage to the equipment. (Report will be produced later: See affidavit previously produced)

**Dennis Dunnehoo**
**Dynamic Power Solutions, LLC**
**3020 Legacy Drive**
**Suite 100-338**
**Plano, TX  75023**
**972-571-1420**

It is anticipated that Mr. Dunnehoo will provide expert opinion testimony on the loss of value of the UPS System as a result of the incident. He has expertise in the sale of new, refurbished, used and damaged UPS Systems. (Report will be produced later).

**Hilton Harvison**
**Callan Salvage & Appraisal Co, Inc.**
**2929 Sunset Ridge**
**McKinney, Texas 75070**

It is anticipated that Mr. Harvison will provide testimony relating to the resale value of the damaged UPS system and in general the salvage business. Mr. Harvison has expertise in both the general salvage business and appraisal business. (Report will be produced later)

        Respectfully submitted,

        **KELLY, SMITH & MURRAH, P.C.**

        /s/ Kenneth J. Irwin

        Melissa Nance Murrah
        State Bar No. 00788104
        Kenneth J. Irwin
        State Bar No. 10426950
        4305 Yoakum Boulevard
        Houston, Texas 77006
        (713) 861-9900
        (713) 861-7100 facsimile

        ATTORNEY IN CHARGE FOR
        DEFENDANT, ZURICH AMERICAN
        INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15t$^H$ day of December, 2004, true and correct copy of the foregoing instrument has been forwarded by United States Certified Mail, Return Receipt Requested, and/or by express delivery, and/or by facsimile transmission, to the following counsel of record:

Lynse S. Larance
Skaggs & Gonzales, LLP
710 Laurel
McAllen, Texas 78502-2285

Jody Ray Mask
Thornton, Summers, Biechlin, Dunham & Brown, L.C.
418 East Dove Avenue
McAllen, Texas 78504

Will W. Pierson
Royston, Rayzor, Vickery & Williams, L.L.P.
1700 Wilson Plaza West
606 North Carancahua
Corpus Christi, Texas 78476

Nancy L. Masso
Assistant United States Attorney
600 East Harrison Street, Suite 201
Brownsville, Texas 78520

/s/ Kenneth J. Irwin

Kenneth J. Irwin