UNITED STATES DISTRICT COURT
For the Southern District of Texas

Zurich American Insurance Company, as Suborgee of
Lowe−North Construction,

                Plaintiff

v.

Case No.:
1:04−cv−00091

Judge Andrew S. Hanen

Mobile Crane Service, Inc.
Jesus Francisco Avalos
RS Information Systems, Inc.
Dave Dave Bruggeman, Individually and d/b/a Cascade
Summit Electric , et al.

                Defendant

## NOTICE OF SETTING

    TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

Courtroom 6
United States District Court
600 E. Harrison, 1st Floor
Brownsville, TX 78520

**DATE:**    6/7/05

**TIME:**    01:30 PM

**TYPE OF PROCEEDING:**    Final Pretrial Conference

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:　December 29, 2004

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Michael N. Milby, Clerk