UNITED STATES DISTRICT COURT
For the Southern District of Texas

Zurich American Insurance Company, as Suborgee of Lowe−North Construction,

                              Plaintiff

v.                                             Case No.: 1:04−cv−00091

                                           Judge Andrew S. Hanen

Mobile Crane Service, Inc.
Jesus Francisco Avalos
RS Information Systems, Inc.
Dave Dave Bruggeman, Individually and d/b/a Cascade Summit Electric , et al.

                              Defendant

## NOTICE OF SETTING

    TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.

Before the Honorable Andrew S. Hanen

**PLACE:**

Courtroom 6
United States District Court
600 E. Harrison, 1st Floor
Brownsville, TX 78520

**DATE:**   1/13/05

**TIME:**   10:00 AM

**TYPE OF PROCEEDING:**   Motion Hearing

**NOTE: ALL COUNSEL OF RECORD RECEIVING THIS NOTICE ARE ORDERED TO NOTIFY ALL OTHER COUNSEL IN THIS CASE OF THE CONTENTS OF THIS NOTICE.**

Date:   January 4, 2005

Michael N. Milby, Clerk