IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED

JAN 1 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, AS SUBROGEE OF LOWE-NORTH CONSTRUCTION | § § § § | |
| vs. | § § | |
| MOBILE CRANE SERVICE, INC., JESUS FRANCISCO ALVAROS, RS INFORMATION SYSTEMS, INC., AND DAVE BRUGGEMAN, INDIVIDUALLY and d/b/a CASCADE SUMMIT ELECTRIC | § § § § § § | CIV. NO. B-04-091 |
| vs. | § § | |
| RS INFORMATION SYSTEMS, INC. and CASCADE SUMMIT ELECTRIC, | § § § | |
| vs. | § § | |
| UNITED STATES OF AMERICA AND THE DEPARTMENT OF COMMERCE NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION | § § § § | |

# ORDER

The court hereby grants the Motion to Dismiss filed by the United States of America, the Department of Commerce and the National Oceanic and Atmospheric Administration [Docket No. 25]. The parties have conceded that this court lacked jurisdiction given the court's ruling. The court, therefore, remands this case to the court from which it was removed, the State District Court of Cameron County, Texas.

All pending motions, including the Motion for Continuance contained in Mobile Crane's Response to the Motion to Dismiss [Docket No. 31], the Motions for Summary Judgments filed by

Dave Bruggeman [Docket No. 13], and RS Information Systems [Docket No. 37], and the Motion to Continue the expert designation cut-off filed by the plaintiff [Docket No. 42] are hereby denied without prejudice to refile in state court because they are moot given this court's ruling on the Motion to Dismiss.

Signed this 13th day of January, 2005.

_____
Andrew S. Hanen
United States District Judge