**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ZURICH AMERICAN INSURANCE | § | |
| COMPANY, AS SUBROGEE OF LOWE- | § | |
| NORTH CONSTRUCTION | § | |
| | § | |
| vs. | § | C.A. NO. B-04-091 |
| | § | |
| MOBILE CRANE SERVICE, INC., | § | |
| JESUS FRANCISCO AVALOS, RS | § | |
| INFORMATION SYSTEMS, INC. and | § | |
| DAVE BRUGGEMAN, INDIVIDUALLY | § | |
| and d/b/a CASCADE SUMMIT ELECTRIC | § | |
| | § | |
| vs. | § | |
| | § | |
| UNITED STATES OF AMERICA AND | § | |
| THE DEPARTMENT OF COMMERCE | § | |
| NATIONAL OCEANIC AND | § | |
| ATMOSPHERIC ADMINISTRATION | § | |

**ORDER GRANTING LEAVE TO APPEAR**
**PURSUANT TO LOCAL RULE 1**

On this day came on to be heard the Unopposed Rule 1 Motion of Javier González to appear

as attorney-in-charge for Defendant, **DAVE BRUGGEMAN, Individually and d/b/a CASCADE**

**SUMMIT ELECTRIC,** and the Court having considered  said motion is of the opinion that it

should be granted in all respects.  It is, therefore,

**ORDERED, ADJUDGED** and **DECREED**  that  Javier González be granted  leave to

appear as attorney for Defendant, **DAVE BRUGGEMAN, Individually and d/b/a CASCADE**

**SUMMIT ELECTRIC** for the specific purpose of attending the hearing on this defendant's Motion

for Summary Judgment set on January 13, 2005 at 10:00 a.m. (or any date it is reset) and he shall

be subject to the jurisdiction of this Court for discipline purposes and to the Local Rules, and that

51739;#3005414v1<RRVW> -Motion Under Local Rule 1:111205

he shall be available for hearings on 48 hours notice.

**DONE** at Brownsville, Texas this _____ day of January, 2005.

_____

**UNITED STATES DISTRICT JUDGE**