United States District Court
Southern District of Texas
FILED

MAY 0 6 2005

Michael N. Milby
Clerk of Court

**SENDER:**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____ ADOLFO GARZA _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
                                    5/4/05

1. Article Addressed to:

District Court Cameron County
103rd Judicial District
974 E. Harrison
Brownsville, TX 78520

B-04-091 (cv) Order 1/13/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)   7003 1010 0003 6967 6168

PS Form 3811, August 2001       Domestic Return Receipt         102595-02-M-1540